UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
CHEMIMAGE CORP.,                                                        :
:
                 Plaintiff,          :       24-CV-2646 (JMF)
:
      -v-                                                               :              ORDER
:
JOHNSON & JOHNSON et al.,                                               :
:
                Defendants.           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of Defendants' new motion to dismiss, *see* ECF No. 41, Defendants' earlier motion to dismiss filed at ECF No. 23 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **June 19, 2024**.  Defendants' reply, if any, is due by **June 26, 2024**.

       The Clerk of Court is directed to terminate ECF No. 23.

       SO ORDERED.

Dated: June 7, 2024
       New York, New York                              _____
                                                      JESSE M. FURMAN
                                                     United States District Judge