**BOCHNER PLLC**

**MEMO ENDORSED**

Serge Krimnus, Esq.
**BOCHNER PLLC**
1040 Avenue of the Americas, 15TH Floor, New York, NY 10018
o 646.971.0685  e serge@bochner.law  w bochner.law

June 24, 2024

**VIA ECF**

Hon. Andrew L. Carter Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/2024

Re:   *Actava TV, Inc., et al. v. Joint Stock Company "Channel One Russia Worldwide" et al.* **(1:18-cv-06626-ALC-JW)**
<u>**Response to Plaintiffs' Request for Extension [ECF 735]**</u>

Dear Judge Carter:

This firm is counsel to Defendants[1] in the above-referenced matter and we write in response to Plaintiffs' letter [ECF 735] requesting an eight (8) day extension of time to file their reply brief in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment. Defendants do not oppose an extension so long as it is reciprocal. However, an 8 day reciprocal extension would make Defendants' due date for their opposition and cross-motion coincide with Defendants' counsel's preplanned vacation. Thus, Defendants' respectfully request that the Court revise the briefing schedule as follows:

- Defendants to file opposition to Plaintiffs' motion for summary judgment, and Defendants' cross-motion for summary judgment, by August 1, 2024;
- Plaintiffs to file a reply in support of their motion for summary judgment together with their opposition to Defendants' cross-motion for summary judgment, if any, by August 29, 2024;
- Defendants to file their reply in support of their cross-motion for summary judgment by September 12, 2024.

We thank the Court for its time and consideration in this matter.

Respectfully submitted,

/s/ Serge Krimnus
Serge Krimnus, Esq.

SO ORDERED:

/s/ Andrew L. Carter Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2024
The Court adopts the Briefing Schedule as set forth in <u>this letter.</u>

---

[1] Limited Liability Company "Rain TV-Channel" ("Rain"), Joint Stock Company "CTC Network" ("CTC Network"), Joint Stock Company "New Channel" ("New Channel"), Closed Joint Stock Company "TV Darial" ("TV Darial"), Limited Liability Company ("Comedy TV"), and Kartina Digital GmbH ("Kartina" and, collectively, "Defendants").