```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
CHEMIMAGE CORPORATION,                                               :
                                                                     :
                              Plaintiff,                             :
                                                                     :         24-CV-2646 (JMF)
            -v-                                                      :
                                                                     :            ORDER
JOHNSON & JOHNSON et al.,                                            :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Defendants' request that the Court compel Plaintiff to produce "data underlying the M1B VAB Final Report," *see* ECF No. 65, at 2-3, is DENIED.

- Plaintiff's requests in its letter-motion at ECF No. 59 are DENIED — in the case of the first two requests, without prejudice to renewal after the parties meet and confer. No later than **August 26, 2024**, the parties shall file a joint letter addressing the two issues.

- That letter should also confirm that both parties have discussed settlement with their respective clients and indicate where things stand with respect to settlement (including whether and how the Court can facilitate any ongoing or potential settlement discussion).

- The deadline for the completion of fact discovery is extended to **October 10, 2024**, and the deadline for the completion of expert discovery is extended to **December 16, 2024**. The parties shall substantially complete document discovery by **September 12, 2024**, and shall exchange privilege logs by **September 19, 2024**.

- Finally, the parties shall appear for a conference with the Court on **October 15, 2024** at **10:00 a.m.** The conference will be held by telephone unless and until otherwise ordered.

The Clerk of Court is directed to terminate ECF No. 59.

SO ORDERED.

Dated: August 15, 2024
       New York, New York

                                                   JESSE M. FURMAN
                                               United States District Judge