UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHEMIMAGE CORPORATION, :
:
                         Plaintiff, :
:             24-CV-2646 (JMF)
      -v- :
:                 ORDER
JOHNSON & JOHNSON et al., :
:
                        Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record during the teleconference held earlier today:

- Plaintiff's motion to compel Defendants to present "a corporate representative who is prepared to testify regarding [five] critical 30(b)(6) topics," *see* ECF No. 100, at 1, is GRANTED as to the five Open Topics (except that, in the case of Topic No. 21, it is limited to "what analysis was done on [the data transferred from ChemImage to Defendants], when, and by whom," *id.* at 1 n.1.

- Defendants shall produce their Rule 30(b)(6) witness — namely, Dr. Steen Hansen — to be deposed as soon as possible, but in no event later than **November 4, 2024**, for a maximum of 3.5 hours. That deposition will not count against Plaintiff's 40-hour allotment for depositions. Aside from this deposition and the remaining Cambridge Consultants deposition, fact discovery is now closed.

- The deadline for the filing of Plaintiff's opening expert reports is extended to **November 12, 2024**, and the deadline for the filing of Defendants' rebuttal expert reports is extended to **December 9, 2024**. All other dates and deadlines remain in effect.

- Finally, parties shall appear for a pretrial conference with the Court on **January 3, 2025**, at **10:00 a.m.** The conference will be held by telephone unless otherwise ordered.

The Clerk of Court is directed to terminate ECF Nos. 98, 100, and to unseal (that is, convert to public view) all filings at ECF Nos. 98, 99, 104.

SO ORDERED.

Dated: October 23, 2024
       New York, New York
                                              _____
                                                JESSE M. FURMAN
                                                United States District Judge