UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHEMIMAGE CORPORATION,                                            :
:
                Plaintiff,                              :      24-CV-2646 (JMF)
:
     -v-                                                          :               ORDER
:
JOHNSON & JOHNSON et al.,                                         :
:
                Defendants.                             :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Due to a family medical situation, the Court may not be available for trial on March 20 and 21, 2025.  In that instance, the trial in this matter would continue (and be completed on) March 24 and 25, 2025.  The Court will advise the parties as soon as it knows which days trial will be held; until then, the parties shall be prepared to sit on either set of days.

       SO ORDERED.

Dated: February 3, 2025
       New York, New York                                 JESSE M. FURMAN
                                                           United States District Judge