**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHEMIMAGE CORPORATION<br><br>                Plaintiff,<br><br>      v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.<br><br>                Defendants. | 24-CV-2646 (JMF) |

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXHIBITS**
**ADMITTED FOR TRIAL AND EXHIBIT EXCHANGE PROTOCOL**

Plaintiff ChemImage Corporation ("ChemImage") and Defendants Johnson & Johnson ("J&J") and Ethicon, Inc. ("Ethicon" and, together with J&J, "Defendants" and, together with ChemImage, the "Parties"), hereby agree and stipulate as follows:

1. The Parties will exchange by 8:00 PM ET each trial day the exhibits they introduced into the record that day and exchange any corrections to the other Parties' list by 10:00 PM ET. The party who put on their case that day will be responsible for updating columns three and four of the exhibit list and emailing the Court an updated exhibit list before the beginning of the next trial day.[1]

2. The Parties will exchange by 8:00 PM ET the night before a trial day the exhibits counsel intends to introduce that day. This applies to exhibits a party expects to be offered on live

---

[1] Paragraph IX.13 of the Joint Pretrial Order (ECF No. 164) notes that the parties may, "in limited circumstances, such as to address an issue raised that day at trial or for other good cause shown, the parties may add exhibits to their respective exhibit lists from March 1, 2025 onward, throughout the duration of the trial, so long as the exhibits are disclosed as soon as possible, and in any event no later than 6:00 PM ET the day before the party intends to use that exhibit at trial." Consistent with the provisions of this stipulation and with the Court's leave, the Parties agree to amend this provision only to the extent that the exhibits referenced by this provision may be disclosed no later than 8:00 PM ET.

direct but does not apply to exhibits to be used solely for cross examination or that are introduced through a witness affidavit. The Parties will also endeavor to disclose the documents they reasonably anticipate using on redirect, but each reserve the right to use on redirect exhibits that were not previously disclosed. This is not intended to modify the Court's order regarding documents required to be included on exhibit lists.

3. Pursuant to Judge Furman's Trial Rule H(6), the party receiving disclosure of proposed exhibits should make any objections to these exhibits that the party intends to raise in Court, and any objections to exhibits referenced in the witness' affidavit that the party intends to raise in Court, by 10:00 PM ET.

4. The Parties will exchange demonstratives intended to be used on direct or redirect by 8:00 PM ET the night before a trial day. This does not apply to demonstratives to be used solely for cross examination. The party receiving disclosure of proposed demonstratives should make any objections by 10:00 PM ET. Consistent with Judge Furman's Trial Rule H(6), the Parties should raise any objections to demonstratives at the same time objections to exhibits are discussed before the opening of the session.

5. The Parties agree that the exhibits in Table 1 below—which include all documents cited in the affidavits of the Parties' fact witnesses—are admissible for purposes of trial. For the avoidance of doubt, this includes the affidavits of Plaintiff's witnesses Dr. Patrick Treado, Dr. Adam Saltman, Dr. Jeffrey Cohen, and the affidavits of Defendants' witnesses Tamara Lanier, Dr. Steen Hansen, Dr. Kevin Lewis, and Rocco De Bernardis. This stipulation does not apply to the exhibits cited in the affidavits of any expert witness.

6. The Parties agree that the exhibits in Table 1 are admissible for purposes of trial:

**TABLE 1**

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 10 / PX-22 | Slide deck named, "Ignore Labels Q & A Part IV", dated 2/14/2023 | |
| DX 116 / PX-123 | Email from M. Nelson to S. Hansen re: RE: Scoring Differences & Ignorable Annotations, dated 1/23/2023 | |
| DX 140 / PX-140 | Email from P. Treado to J. Cohen, M. Madden, et al., re: Erie Program Status Report - 31Oct2020, with attached Document named, 'Erie_Program_Status_31Oct2020_Rev0.pdf', dated 10/30/2020 | |
| DX 151 / PX-467 | Slide deck named, 'Trinity Partners - EndoVere Market Assessment', dated 1/3/2019 | Cohen |
| DX 154 / PX-148 | Slide deck named, "Trinity Partners- LightSphere Diagnostics Market Assessment", dated 4/10/2019 | Cohen |
| DX 162 / PX-469 | Slide deck named, "BD Strategy Session", dated 9/13/2019 | Cohen, Treado |
| DX 182 / PX-158 | Email from pjtreado@gmail.com to E. Lynch re: ChemImage Overview Slides, with attached Slide deck named, 'ChemImage & Leica Microsystems Meeting', dated 11/14/2023 | |
| DX 184 / PX-159 | Email from pjtreado@gmail.com to E. Lynch re: RE: ChemImage Technology - Any Decisions?, dated 1/29/2024 | |
| DX 188 / PX-163 | Email from pjtreado@gmail.com to N. Li re: RE: NewCo License TS 01-04-2024, dated 3/8/2024 | |
| DX 19 / PX-805 | Slide deck named, 'Erie Program CS M1B EL8 VAB Run Study Test Readiness Review (TRR)', dated 10/21/2022 | Lewis |
| DX 20 | Slide deck named, 'Erie Program CS M1B EL9 VAB VOC Study Test Readiness Review (TRR', dated 11/17/2022 | Lewis |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 202 | Letter from Ethicon, Inc. to ChemImage Corp., re: Termination of Research, Development, License, and Commercialization Agreement, dated 3/6/2023 | |
| DX 205 / PX-173 | Slide deck named, "Erie Program Data Review Board Meeting 2", dated 6/16/2022 | Treado |
| DX 209 / PX-174 | Email from M. Steich to P. Treado; A. Smith; H. Gomer; et al., re: RE: Ethicon Feedback on Milestone 1A, dated 10/30/2020 | Treado |
| DX 216 / PX-175 | CS VAB Final Report - Executive Summary, dated 7/23/2023 | Treado |
| DX 222 | Presentation entitled, "BD Strategy Session October 11, 2019", dated 10/11/2019 | |
| DX 223 / PX-178 | Slide deck, re: BD Strategy Session, dated 10/25/2019 | |
| DX 229 / PX-181 | Email from P. Treado to jcohen@tuginvestments.com, R. Ruben, re: Ethicon Meeting Notes, dated 4/10/2023 | |
| DX 256 / PX-193 | Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2021 Meeting 1', dated 1/12/2021 | Lanier / Treado |
| DX 258 / PX-199 | Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2022 Meeting 5', dated 5/24/2022 | Hansen / Treado |
| DX 26 / PX-36 | Email from A. Smith to N. Gomer, A. Saltman, et al., re: RE: Agenda items for this week's PMM meeting, dated 10/19/2022 | |
| DX 260 | Slide deck entitled, "Erie Program Joint Steering Committee (JSC) 2022 Meeting 7" (Closed Session), dated 8/2/2022 | Lanier |
| DX 266 | Slide deck entitled, "Erie Program Joint Steering Committee (JSC) 2023 Meeting 1" (Closed Session), dated 1/17/2023 | |
| DX 274 | Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2021 Meeting 7', dated 8/24/2021 | Lanier |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 281 / PX-224 | Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2020 Meeting 1', dated 1/29/2020 | Lanier / Treado |
| DX 284 | Slide deck entitled, "Erie Program Joint Steering Committee (JSC) 2023 Meeting 2", dated 2/28/2023 | Lanier |
| DX 298 / PX-714 | Slide deck named, 'Weekly Erie PM Meeting', dated 11/16/2022 | Lanier / Treado |
| DX 299 / PX-255 | Document named, 'Erie_Program_Kickoff_Meeting_29-30Jan2020_Rev29_Final_Confidential.pdf', dated 1/29/2020 | Treado |
| DX 301 | Slide deck named, 'Erie Program Kickoff Meeting ChemImage (Pittsburgh, PA)', dated 1/29/2020 | Lanier |
| DX 327 / PX-612 | Email from T. Lanier to P. Treado, C. Denys, et al., re: Perfusion Portion of M1B, dated 2/11/2022 | Lanier |
| DX 34 / PX-44 | Email from A. Zrimsek to A. Smith, A. Saltman, et al., re: RE: Ground Truth Review, dated 4/27/2022 | |
| DX 347 / PX-288 | Slide deck named, '2022-05-10-EP_Data_Review_Board_Meeting_1_10May2022_Rev4_DRAFT_CONFIDENTIAL.pptx', dated 5/10/2022 | Hansen / Treado |
| DX 352A | Slide deck named, "Erie Program – Data Review Board Meeting 2" - native file , dated 6/16/2022 | Hansen |
| DX 386 / PX-439 | Email from P. Treado to C. Denys;  M. Madden;  et al., re: JSC 2022 Meeting 6 (28Jun2022) Minutes, with attached JSC Meeting 6 - Meeting Minutes not approved by Ethicon, dated 7/21/2022 | Lanier |
| DX 393 | 8/12/22 Email from Michael Steich to Alyssa Zrimsek, Patrick Treado, and others re: DRB Meeting 4 with attached 8/15/22 presentation entitled, "Erie Program - Data Review Board Meeting 4", dated 8/12/2022 | Hansen |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 399 / PX-470 | CC's Erie Milestone 1A Summary Report, October 9, 2020 ("Milestone 1A Report") DEF_00550247-283 attached as Exhibit A. | |
| DX 4 / PX-2 | Slide deck named, '221215_VAB-FinalReport_Rev21_PostMeeting.pptx', dated 12/16/2022 | |
| DX 402 | Email from P. Treado to C. Denys;  M. Madden;  et al., re: JSC 2022 Meeting 3 Materials Preread, with attached Document named, 'EP_ETH_Visit_to_CI_28Mar2022_Rev1_PreRead.pdf';  Document named, 'JSC_2022_Meeting01_Minutes_25Jan2022_Rev0_Release_ETHcomments_CIcomments.docx';  2022 JSC Meeting 2 - Meeting Minutes not approved by Ethicon, dated 3/27/2022 | |
| DX 406 | Email from F. Fernandez to J. Cohen, R. Ruben, et al., re: RE: Re: Erie Program Q2 PO, dated 4/13/2023 | |
| DX 407 / PX-313 | Email from M. Steich to C. Denys;  P. Treado, et al., re: RE: JSC Monthly Meeting 2022 Series, with attached Document named, '2022-11-29-EP_JSC_2022_Meeting10_29Nov2022_Rev11_FULL_CONFIDENTIAL.pdf', dated 11/29/22, dated 11/29/2022 | Treado |
| DX 409 / PX-471 | Slide deck named, "Project Erie – Agreement Amendment – Senior Management Review", dated 4/15/2022 | |
| DX 413 / PX-319 | Email from T. Lanier to P. Treado, J. Belechak, et al., re: JSC Meeting 7 minutes - Eth icon Comments and Revisions, dated 9/21/2021 | Lanier |
| DX 42 / PX-51 | Email from A. Stockburger to P. Treado, J. Cohen, re: Fwd: Erie, dated 7/10/2022 | |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 422 / PX-329 | Email from R. Gooding to A. Kim, re: Project Erie - DRAFT approval deck Flavia May 9 v2.pdf, with attached Slide deck named, "Advanced Imaging/Project Erie Alignment on Approval of Non-Binding Offer,", dated 11/20/2021 | |
| DX 425 | Slide deck named, "Erie 2022 Path to Success", dated 6/20/2022 | Lanier |
| DX 427 | Slide deck named, '2022 06 20ErieProgressCheckin.pptx', dated 6/20/22 | Hansen |
| DX 439 | Email from C. Volpe to M. Steich;  S. Hansen, et al., re: RE: Scoring Differences & Ignorable Annotations, dated 2/13/2023 | |
| DX 441 / PX-331 | Email from K. Lewis to M. Aksoy, Murat;  and M. Sadowsky, re: RE: Ground truth review meeting, dated 1/13/2023 | Lewis |
| DX 442 | Email from M. Steich to S. Hansen;  C. Denys, et al., re: RE: Scoring Differences & Ignorable Annotations, dated 1/17/2023 | Hansen |
| DX 444 | Email from M. Steich to B. Roides and S. Hansen, re: RE: JSC Monthly Meeting 2022 Series - DRAFT Deck Attached for 27-June-2022, with attached Document named, 2022-06-28-EP_JSC_2022_Meeting6_28Jun2022_Rev8_OPEN_CONFIDENTIAL.pdf, dated 6/28/2022 | Hansen |
| DX 446 | Email from S. Hansen to M. Nelson re: Sv: Scoring Differences & Ignorable Annotations, dated 1/24/2023 | Hansen |
| DX 451 | Email from S. Hansen to C. Denys, re: Sv: Erie Program 2023 budget, dated 10/21/2022 | Hansen |
| DX 463 / PX-473 | Email from S. Jamais to S. Hansen, M. Kristensen, et al., re: RE: Expected delivery date for review, dated 1/17/2023 | |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 465 | Email from M. Steich to C. Denys, P. Treado, et al., re: RE: JSC Monthly Meeting 2022 Series, with attached Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2022 Meeting 10', dated 11/29/2022 | Hansen, Lanier |
| DX 466 | Calendar appointment from M. Steich to S. Hansen, M. Nelson, et al., re: Scoring Differences & Ignorable Annotations, dated 1/13/2023 | |
| DX 470 / PX-730 | Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2023 Meeting 02', dated 2/28/23 | Hansen / Treado |
| DX 472 / PX-334 | Slide deck named, 'Erie Program  CS M1B EL7 VAB Walk Study  Test Readiness Review (TRR)', dated 8/19/2022 | Lewis |
| DX 473 / PX-669 | Slide deck named, 'Erie Program CS M1B UBN CAFCO Study Test Readiness Review (TRR)', dated 5/20/2022 | Lewis / Saltman, Treado |
| DX 474 / PX-687 | Slide deck named, 'Erie Program  CS M1B EL7.5 VAB Jog Study  Test Readiness Review (TRR)', dated 10/4/2022 | Lewis / Saltman, Treado |
| DX 475 / PX-335 | ChemImage Response to Notice of Intent to Terminate Agreement, dated 3/17/2023 | Lanier / Cohen |
| DX 479 | Email from T. Lanier to F. Fernandez; S. Hansen, et al., re: Slides: Project Erie Review, with attached Document named, 2022June_ErieTechReview_PShen_vFINAL.pdf', dated 6/24/2022 | De Bernardis, Hansen |
| DX 484 / PX-342 | Email from M. Steich to C. Denys;  A. Saltman;  et al., re: RE: JSC Monthly Meeting 2023, with attached Document named, '2023-01-17-EP_JSC_2023_Meeting01_17Jan2023_Rev02_FULL_ CONFIDENTIAL.pdf';  Slide deck entitled, "Erie Program Joint Steering Committee (JSC) 2022 Meeting 10 Minutes", dated 1/13/2023 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 507 / PX-373 | Slide deck named, 'Erie Program CS M1B EL6 VAB Crawl StudyTest Readiness Review (TRR)', dated 7/22/2022 | Lewis |
| DX 508 / PX-688 | Slide deck named, 'Erie Program  CS M1B OH08A POL2 Test Readiness Review (TRR)', dated 3/4/2022 | Lewis |
| DX 510 / PX-686 | Slide deck named, 'Erie Program  CS M1B EL5 UBN2 Study  Test Readiness Review (TRR)', dated 6/10/2022 | Lewis / Saltman, Treado |
| DX 511 | Email from C. McCombs to F. Fernandez;  T. Lanier, et al., re: ChemImage Letter to Ethicon re: Agreement Status, with attached ChemImage Letter to Ethicon re: Ethicon Notice of Termination of Agreement Status on April 26, 2023, dated 5/9/2023 | Lewis |
| DX 520 / PX-791 | Email from M. Kristensen to L. Glover;  S. Jamais;  and J. Corrigan, re: Ignore Labels follow-up, dated 2/3/2023 | Hansen |
| DX 531 / PX-550 | Slide deck named, 'Task 2.3.4 - CS M1A in vivo Results Review Meeting (D5)', dated 9/29/2020 | Treado |
| DX 535 / PX-444 | Email from K. Lewis to S. Hansen, M. Kristensen, re: RE: Ground Truth and Ignore Labels, dated 2/2/2023 | Lewis |
| DX 579 / PX-418 | Email from L. Glover to J. Corrigan;  S. Jamais;  et al., re: Project Erie - Review of CC's Independent Review - Ignore Labels, with attached Slide deck named, 'Cambridge Consultants Ethion Independent Review - Ignore Labels Report', dated 5/19/2023 | |
| DX 580 | Email from M. Kristensen to S. Hansen, re: FW: Project Erie - Review of CC's Independent Review – Ignore Labels, with attached Slide deck named, 'Ethicon Independent Review - Ignore Labels Report", dated 5/22/2023 | Hansen |
| DX 6 / PX-768 | Slide deck named, '2022-12-16-VAB-FinalReport16Dec2022_Rev20_CONFIDENTIAL.pptx', dated 12/16/2022 | Cohen, Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 663 / PX-586 | Slide deck named, '2022-07-19-EP_Data_Review_Board_Meeting_3_Rev4_CONFIDENTIAL.pptx', dated 7/19/2022 | Hansen |
| DX 664 | Slide deck named, 'Erie Program Data Review Board Meeting 5', dated 8/25/2022 | Hansen |
| DX 665 | Email from S. Hansen to M. Nelson, re: Sv: Erie - JSC - Final Report and M1B Acceptance, dated 11/22/2022 | Hansen |
| DX 673 | Email from T. Lanier to R. Gooding, S. Janulis, et al., re: Project Erie Updated Business Case Approval, dated 6/17/2022 | Lanier |
| DX 681 | 2/27/23 Email from M. Steich to F. Fernandez; T. Lanier, et al, re: [EXTENAL] JSC Meeting Monthly Meeting (28-Feb-2023), with attached Slide deck named, 'Erie Program Joint Steering Committee (JSC) 2023 Meeting 02' | Hansen |
| DX 688 | Email from A. McCombs to P. Treado, re: Perfusion Portion of M1B, dated 2/11/2022 | |
| DX 690 | Email from F. Fernandez to J. Cohen, R. Ruben, et al., re: CI Response, dated 4/3/2023 | |
| DX 74 / PX-85 | Email from M. Nelson to S. Hansen re: RE: Scoring Differences & Ignorable Annotations, dated 1/23/2023 | |
| DX 97A | Slide deck named, 'Erie Program Data Review Board Meeting 1' - native file, dated 5/10/2022 | |
| DX 98 / PX-100 | Email from A. Saltman to S. Coombs, H. Gomer, et al., re: RE: Ignore Questions Round Four, dated 2/14/2023 | |
| PX-330/330A / DX 393 | Presentation: Erie Program - Data Review Board (DRB) Meeting 4 (Rev2), dated 8/15/2022 | Saltman, Treado / Hansen |
| PX-192 / DX 255 | Presentation: Erie Program - Joint Steering Committee (JSC) 2021 Meeting 11, dated 12/14/2021 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-237 | Presentation: Erie Program Join Steering Committee (JSC)  2021 Meeting 05, dated 5/11/2021 | Treado |
| PX-240/240A / DX 293/293A | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 08, dated 9/8/2020 | |
| PX-410 / DX 533 | Email from T. Lanier to G. Sheryn FW: JSC 2022 Meeting 2 Content, dated 6/13/2023, with attachment | Treado |
| PX-1132 | Email from P. Ritchie to S. Moore re: FW: Erie Program JSC Meeting 4 (28Apr2020) Content, dated 4/28/2020, with attachment | |
| PX-789 | Presentation: CS VAB Final Report - Executive Summary, dated 7/23/2023 | |
| PX-335 | Letter from J. Cohen to V. Makatsaria re: Ethicon's Notice of Material Breach and Intent to Terminate, dated 3/17/2023 | Chen |
| PX-1 | ChemImage Ethicon Agreement - Execution Version (12/27/2019) - Fully Signed, dated 12/27/2019 | Cohen |
| PX-2 | Presentation: Erie Program CS VAB Final Report Rev 20 Release, dated 12/16/2022 | Treado |
| PX-3 | Email from F. Fernandez to M. Nelson re: Confidential - Ethicon Notice to ChemImage, dated 3/6/2023, with attachment | Cohen, Treado |
| PX-1 | ChemImage Ethicon Agreement - Execution Version (12/27/2019) - Fully Signed, dated 12/27/2019 | Cohen |
| PX-2 | Presentation: Erie Program CS VAB Final Report Rev 20 Release, dated 12/16/2022 | Treado |
| PX-3 | Email from F. Fernandez to M. Nelson re: Confidential - Ethicon Notice to ChemImage, dated 3/6/2023, with attachment | Cohen, Treado |
| PX-26 | Presentation: Erie Program - CS M1B EL8 VAB Run Study - Test Readiness Review (TRR), dated 10/21/2022 | Saltman, Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-28 | Presentation: Erie Program - CS M1B EL9 VAB VOC Study - Test Readiness Review (TRR), dated 11/17/2022 | Saltman |
| PX-30 | Email from J. Cohen to R. Ruben and D. Berkman FW: ERIE - 2023 budget Q1, dated 12/2/2022, with attachment | Cohen |
| PX-31 | Email from J. Cohen to F. Ferna et al. re: Erie Program Q2 PO, dated 4/11/2023 | Cohen |
| PX-39 | Email from M. Steich to C. Denys et al. re: JSC Monthly Meeting 2023, dated 01/13/2023 | Treado |
| PX-40 | Email from M. Steich to T. Lanier et al. re: JSC Monthly Meeting 2022 Series - DRAFT Full Deck and May's meeting Minutes, dated 06/27/2022, with attachment | Treado |
| PX-41 | Email from C. Denys to T. Lanier re: Update requested: February 2023 JSC Monthly Meeting, dated 2/27/2023 | Treado |
| PX-76 | Email from A. Stockburger to P. Treado, M. Madden, and C. Denys re: JSC 2021 Meeting 11 - Points of Emphasis, dated 12/14/2021, with attachment | Treado |
| PX-77 | Email from P. Treado to M. Madden, P. Ritchie, and T. Lanier re: JSC 2021 Meeting 11 Minutes, dated 12/22/2021, with attachment | Treado |
| PX-79 | Email from M. Steich to F. Ferna, et al. re: JSC Monthly Meeting 2022 Series - CLOSED Session, dated 10/13/2022, with attachment | Treado |
| PX-80 | Email from M. Steich to P. Treado, C. Denys, and M. Madden re: JSC 6 Updated Deck and Meeting Minutes, dated 06/28/2022, with attachments | Treado |
| PX-82 | Email from M. Steich to T. Lanier, et al. re: JSC 2022 Meeting 4 Materials Preread (Open & Closed Session), dated 04/25/2022, with attachment | Treado |
| PX-83 | Email from M. Steich to P. Treado, C. Denys, and M. Madden re: DRAFT JSC 2022 Meeting 4 - Meeting Minutes, dated 4/26/2022 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-96 | Email from Stacey DiSpigno to A. Stockburger et al. re: 1/27 Advisory Board Meeting, dated 1/26/2023, with attachment | Saltman |
| PX-99 | Email from P. Treado to A. Zrimsek et al. re: DRB Planning, dated 5/3/2022, with attachment DRB Meeting 1 DRAFT | Saltman |
| PX-111 | Email from P. Treado to M. Steich FW: JSC 2021 Meeting 8, 9, 10, 11 - Meeting Minutes, dated 1/9/2022, with attachments | Treado |
| PX-112 | Email from A. Saltman to M. Steich re: Emailing: JSC_2023_Meeting01_Minute-17Jan2023_Rev2, dated 2/21/2023, with attachment | Treado |
| PX-114 | Email from M. Steich to P. Treado, C. Denys, and M. Madden re: Updated JSC 2022 Meeting 5 - with Ethicon's Dashboard Updates, dated 5/22/2022, with attachments | Treado |
| PX-115 | Email from A. Saltman to P. Treado, C. Denys, M. Nelson, and M. Steich re: ETH Erie 2022 proposal - Clinical questions.pptx, dated 6/21/2022, with attachment | Saltman |
| PX-122 | Email from M. Steich to A. Baranoff et al. re: Erie Program Status 28-Feb-2023 - Notes on JSC Touchpoint dated 3/13/2023 | Treado |
| PX-145 | Email from J. Cohen to B. Roides and T. Lanier re: ChemImage, dated 8/30/2022 | Cohen |
| PX-146 | Email chain between J. Cohen, G. Pruden re: EndoVere Engagement Strategy with J&J, dated 7/13/2022 | Cohen |
| PX-147 | Presentation: EndoVere Global Forecast, dated 11/29/2018 | Cohen |
| PX-150 | Presentation: EndoVere Strategic Partnering Opportunity, dated 1/17/2019 | Cohen |
| PX-152 | Spreadsheet: Erie LOI 16Sep2019 Rev0, dated 9/16/2019 | Cohen |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-153 | Presentation: Sensei Deal Terms & Clinical/Technical Responses, dated 9/13/2019 | Cohen |
| PX-154 | Letter from C. Cleary to J. Cohen, dated 8/2/2019 | Cohen |
| PX-155 | Presentation: BD Strategy Session, dated 2/22/2019 | Treado |
| PX-156 | Spreadsheet: Sensei EV Deal Value Models Rev0, dated 7/22/2019 | Cohen |
| PX-157 | Presentation: Strategic Partner Status Report, dated 11/15/2019 | Treado |
| PX-160 | Email chain between J. Cohen and Leica on behalf of J. Devroye re: Word document copy of proposed CDA, dated 10/16/2023, with attachment | Cohen |
| PX-166 | Presentation: EndoVere BD Strategy Session, dated 12/13/2019 | Cohen |
| PX-167 | Presentation: Strategic Partner Status Report, dated 5/10/2019 | Treado |
| PX-170 | Signed Purchase Agreement by and between Eclipse Screening Technologies LLC and ChemImage Corporation, dated 5/15/2023 | Cohen |
| PX-180 | Email from P. Treado to M. Nelson re: EP_DL_Urgent_Need_Discussion_Innotescus_20Apr2022_Rev2.pptx, dated 4/20/2022 | Cohen |
| PX-184 | Email from C. McCombs to N. Li, J. Cohen, C. Denys, and A. McCombs re: ChemImage IP overview request, dated 4/25/2023, with attachment | Cohen |
| PX-188 | Presentation: Erie Program Joint Steering Committee (JSC) 2021 Meeting 10 , dated 12/1/2021 | Treado |
| PX-190 | Presentation: Erie Program - Joint Steering Committee (JSC) Meeting 11 , dated 12/8/2020 | Treado |
| PX-194 | Presentation: JSC 2020 Meeting 1 - Meeting Minutes, dated 1/29/2020 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-195 | Presentation: Erie Program - Joint Steering Committee (JSC) 2022 Meeting 1, dated 1/25/2022 | Treado |
| PX-196 | Presentation: JSC 2022 Meeting 01 - Meeting Minutes, dated 1/25/2022 | Treado |
| PX-198 | Presentation: Erie Program - Joint Steering Committee (JSC) 2022 Meeting 4, dated 4/26/2022 | Treado |
| PX-200 | Presentation: Erie Program - Joint Steering Committee (JSC) 2022 Meeting 6, dated 6/28/2022 | Treado |
| PX-201 | Presentation: Erie Program - Joint Steering Committee (JSC) 2022 Meeting 7, dated 8/2/2022 | Treado |
| PX-202 | Presentation: Erie Program - Joint Steering Committee (JSC) 2022 Meeting 9, dated 10/14/2022 | Treado |
| PX-203 | Presentation: Erie Program - Joint Steering Committee (JSC) 2023 Meeting 01, dated 1/17/2023 | Treado |
| PX-204 | Presentation: JSC 2020 Meeting 2 - Meeting Minutes, dated 3/5/2020 | Treado |
| PX-205 | Presentation: Erie Program - Joint Steering Committee (JSC) 2021 Meeting 2, dated 2/9/2021 | Treado |
| PX-206 | Presentation: Erie Program - Joint Steering Committee (JSC) 2021 Meeting 4, dated 4/13/2021 | Treado |
| PX-207 | Presentation: JSC 2021 Meeting 4 - Meeting Minutes, dated 4/26/2021 | Treado |
| PX-208 | Presentation: Erie Program - Joint Steering Committee (JSC) 2021 Meeting 6, dated 7/16/2021 | Treado |
| PX-209 | Presentation: JSC 2020 Meeting 6 - Meeting Minutes, dated 7/10/2020 | Treado |
| PX-210 | Presentation: JSC 2020 Meeting 7 - Meeting Minutes, dated 8/11/2020 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-214 | Presentation: Ignore Labels Q & A Part IV, dated 2/14/2023 | Treado |
| PX-215 | Presentation: Weekly Erie PM Meeting, dated 7/1/2020 | Treado |
| PX-216 | Presentation: Weekly Erie PM Meeting, dated 12/14/2022 | Treado |
| PX-217 | Presentation: Erie Program - Steering Committee (JSC) 2022 Meeting 8, dated 8/25/2022 | Treado |
| PX-222 | Presentation: JSC 2021 Meeting 11 - Meeting Minutes, dated 12/21/2021 | Treado |
| PX-223 | Presentation: JSC 2021 Meeting 1 - Meeting Minutes, dated 1/29/2021 | Treado |
| PX-225 | Presentation: Erie Program Join Steering Committee (JSC) Meeting 2023 02, dated 2/28/2023 | Treado |
| PX-226 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 02, dated 3/3/2020 | Treado |
| PX-227 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 03, dated 3/26/2020 | Treado |
| PX-228 | Presentation: JSC 2020 Meeting 3 - Meeting Minutes, dated 3/31/2020 | Treado |
| PX-229 | Presentation: Erie Program Joint Steering Committee (JSC) 2021 Meeting 03, dated 3/9/2021 | Treado |
| PX-235 | Presentation: JSC 2021 Meeting 3 - Meeting Minutes, dated 3/9/2021 | Treado |
| PX-236 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 04, dated 4/28/2020 | Treado |
| PX-238 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 06, dated 6/30/2020 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-239 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 07, dated 8/4/2020 | Treado |
| PX-240 | Presentation: Erie Program Join Steering Committee (JSC)  Meeting 08, dated 9/8/2020 | Treado |
| PX-258 | GMT20220802-110249_EL6 Lab 1 Video, dated 8/2/2022 | Saltman |
| PX-259 | GMT20220802-170840_EL6 Lab 2 Video, dated 8/2/2022 | Saltman |
| PX-260 | GMT20220803-104703_EL6 Lab 3 Video, dated 8/3/2022 | Saltman |
| PX-261 | GMT20220803-150420_EL6 Lab 4A Video, dated 8/3/2022 | Saltman |
| PX-262 | GMT20220804-150959_EL6 Lab 6A Video, dated 8/4/2022 | Saltman |
| PX-263 | GMT20220803-170706_EL6 Lab 4B Video, dated 8/3/2022 | Saltman |
| PX-264 | GMT20220804-104937_EL6 Lab 5 Video, dated 8/4/2022 | Saltman |
| PX-265 | GMT20220804-171239_EL6 Lab 6B Video, dated 8/4/2022 | Saltman |
| PX-266 | GMT20221011-125317_EL7.5 Lab 1 & 2 Video, dated 10/11/2022 | Saltman |
| PX-267 | GMT20221012-124842_EL7.5 Lab 3 Video, dated 10/12/2022 | Saltman |
| PX-268 | GMT20221012-165713_EL7.5 Lab 4 Video, dated 10/12/2022 | Saltman |
| PX-269 | GMT20221101-165645_EL8 Lab 2 Video, dated 11/1/2022 | Saltman |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-270 | GMT20221102-131554_EL8 Lab 3 Video, dated 11/2/2022 | Saltman |
| PX-271 | GMT20221102-165756_EL8 Lab 4 Video, dated 11/2/2022 | Saltman |
| PX-272 | GMT20221103-124047_EL8 Lab 5 Video, dated 11/3/2022 | Saltman |
| PX-273 | GMT20221103-171224_EL8 Lab 6 Video, dated 11/3/2022 | Saltman |
| PX-274 | GMT20221101-130035_EL8 Lab 1 Video, dated 11/1/2022 | Saltman |
| PX-275 | GMT20220830-140554_EL7 Lab 1 Video, dated 8/30/2022 | Saltman |
| PX-276 | Presentation: "Erie Program - Data Review Board (DRB) Meeting 3," dated 7/11/2022 | Treado |
| PX-289 | Presentation: "Erie Program - Data Review Board (DRB) Meeting 2 (Rev3)," dated 6/16/2022 | Saltman |
| PX-291 | Presentation: "Erie Program - Data Review Board (DRB) Meeting 5," dated 8/25/2022 | Treado |
| PX-295 | Email from T. Lanier to J. Belechak et al. re: JSC 2021 Meeting 6 Meeting Minutes, dated 7/16/2021 (no attachment) | Treado |
| PX-296 | Email from P. Treado to J. Belechak et al., dated 12/1/2020, attaching JSC 2020 Meeting 9 & 10 Meeting Minutes | Treado |
| PX-297 | JSC 2020 Meeting 1 Meeting Minutes, dated 2/7/2020 - Email from P. Treado to P. Ritchie et al. | Treado |
| PX-301 | Email from P. Ritchie to P. Treado et al. re: JSC 2020 Meeting 4 Minutes, dated 5/8/2020 | Treado |
| PX-302 | Email from P. Treado to P. Ritchie - JSC 2020 Meeting 5 Meeting Minutes, dated 6/8/2020 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-310 | Email from F. Fernandez to L. Cohen fwd: Follow-Up from Your Visit to CI, dated 4/8/2022, with attachment | Treado |
| PX-318 | Presentation: Erie Program JSC 2022 Meeting 1, dated 1/25/2022 | Treado |
| PX-332 | Email from M. Steich to F. Fernandez et al. re: [EXTERNAL]  JSC Meeting 09 Minutes, dated 10/14/2022 | Treado |
| PX-337 | Email from T. Lanier to P. Treado et al. re: JSC 2021 Meeting 3 Meeting Minutes, dated 4/12/2021 | Treado |
| PX-339 | Email from P. Treado to P. Ritchie et al. - JSC 2021 Meeting 5 Meeting Minutes, dated 6/6/2021 | Treado |
| PX-341 | Email from T. Lanier to S. George - JSC 2021 Meeting 2 Meeting Minutes, dated 2/23/2021 | Treado |
| PX-344 | Email from P. Treado to P. Ritchie et al. - JSC 2021 Meeting 6 Meeting Minutes, dated 8/24/2021 - | Treado |
| PX-345 | Email from P. Treado to T. Lanier et al. - JSC 2021 Meeting 4 Meeting Minutes, dated 5/11/2021 | Treado |
| PX-346 | Email chain from P. Treado to P. Ritchie et al. re: Presentation: JSC 2020 Meeting 9, dated 10/5/2020, with attachment | Treado |
| PX-349 | Email chain from P. Ritchie to T. Lanier re: Erie Program Joint Steering Committee JSC 2021 Meeting 7, dated 9/21/2021, with attachment | Treado |
| PX-351 | Email from P. Ritchie to S. Moore - JSC 2020 Meeting 11 Meeting Minutes, dated 1/12/2021 | Treado |
| PX-354 | Email from M. Steich to T. Lanier et al. - JSC 2022 Meeting 4 Meeting Minutes and JSC 2022 Meeting 5, dated 5/23/2022 | Treado |
| PX-355 | Email from P. Treado to J. Belechak et al. - JSC 2021 Meeting 3 Meeting Minutes and JSC 2021 Meeting 4, dated 3/9/2021 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-356 | Email from M. Steich to P. Treado et al. - JSC 2022 Meeting 1, 2 and 3 Meeting Minutes, dated 4/26/2022 | Treado |
| PX-375 | Presentation: "Erie Program CS M1B EL7 VAB Walk Study Test Readiness Review (TRR)," dated 8/19/2022 | Saltman, Treado |
| PX-434 | Presentation: Weekly Erie PM Meeting, dated 8/18/2022 | Treado |
| PX-435 | Presentation: Erie Tissue Feasibility Program, Phase 1 Final Report, dated 1/11/2018 | Treado |
| PX-436 | Presentation: Erie Program CS M1B EL8 VAB Run Study Test Study Daily Report Study Day 1, dated 10/31/2022 | Saltman |
| PX-446 | Presentation: Erie Program CS M1B Daily Report Study Day 2, dated 6/21/2022 | Saltman, Treado |
| PX-475 | Presentation: Erie Program - CS M1B EL6 VAB Crawl Study - Test Readiness Review (TRR), dated 7/22/2022 | Saltman, Treado |
| PX-508 | Presentation: Weekly Erie PM Meeting, dated 4/9/2020 | Treado |
| PX-511 | Presentation: Erie Program - CS M1B EL7 VAB Walk Study - LL Meeting, dated 9/20/2022 | Saltman, Treado |
| PX-553 | Zoom invitation from L. Glover to A. Sanders, et al. re: Ethicon algorithm Zoom and SWIR Reserved, dated 11/17/2020 | Treado |
| PX-562 | Email chain between D. Berkman, P. Treado et al. re: J&J Demos, dated 7/30/2021 | Cohen |
| PX-585 | Presentation: Erie Program CS M1B EL5 UBN 2 Study Lessons Learned (LL) Meeting, dated 7/11/2022 | Saltman, Treado |
| PX-587 | Email from C. Denys to T. Lanier and F. Fernandez re: JSC touchpoint follow-up sessions: cancelation, dated 3/7/2023 | Treado |
| PX-598 | Email from A. Saltman to B. Roides re: Aortas are not arteries.pptx, 10/18/2022 with attachment | Saltman, Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-631 | Presentation: Erie Program - CS M1B EL6 VAB Crawl Study - Test Study Daily Report - Study Day 2, dated 8/2/2022 | Saltman, Treado |
| PX-632 | Presentation: Erie Program - CS M1B EL6 VAB Crawl Study - Test Study Daily Report - Study Day 3, dated 8/3/2022 | Saltman, Treado |
| PX-633 | Presentation: Erie Program - CS M1B EL6 VAB Crawl Study - Test Study Daily Report - Study Day 4, dated 8/4/2022 | Saltman, Treado |
| PX-634 | Presentation: Erie Program - CS M1B EL7 VAB Walk Study - Test Study Daily Report - Study Day 1, dated 8/29/2022 | Saltman |
| PX-640 | Presentation: Erie Program - CS M1B EL7 VAB Walk Study - Test Study Daily Report - Study Day 2, dated 8/30/2022 | Saltman |
| PX-641 | Presentation: Erie Program - CS M1B EL7 VAB Walk Study - Test Study Daily Report - Study Day 3, dated 8/31/2022 | Saltman |
| PX-642 | Presentation: Erie Program - CS M1B EL7 VAB Walk Study - Test Study Daily Report - Study Day 4, dated 9/1/2022 | Saltman |
| PX-643 | Presentation: Erie Program - CS M1B EL7.5 VAB Jog Study - Test Study Daily Report - Study Day 1, dated 10/10/2022 | Saltman |
| PX-647 | Presentation: Erie Program - CS M1B EL8 VAB Run Study - Test Study Daily Report - Study Day 2, dated 11/1/2022 | Saltman |
| PX-648 | Presentation: Erie Program - CS M1B EL8 VAB Run Study - Test Study Daily Report - Study Day 3, dated 11/2/2022 | Saltman |
| PX-650 | Presentation: Erie Program - CS M1B EL8 VAB Run Study - Test Study Daily Report - Study Day 4, dated 11/3/2022 | Saltman |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-652 | Presentation: Erie Program - CS M1B EL9 VAB VOC Study - Test Study Daily Report - Study Day 1, dated 12/5/2022 | Saltman |
| PX-655 | Presentation: Erie Program - CS M1B EL9 VAB VOC Study - Test Study Daily Report - Study Day 2, dated 12/9/2022 | Saltman |
| PX-658 | Presentation: Erie Program - CS M1B EL9 VAB VOC Study - Test Study Daily Report - Study Day 3, dated 12/7/2022 | Saltman |
| PX-661 | Presentation: Erie Program - CS M1B EL9 VAB VOC Study - Test Study Daily Report - Study Day 4, dated 12/8/2022 | Saltman |
| PX-666 | Presentation: "Erie Program CS M1B Perfusion Run Study Test Readiness Review (TRR)," dated 12/9/2021 | Treado |
| PX-668 | Presentation: Erie Program CS M1B EL4 UBN CAFO Study Lessons Learned (LL) Meeting, dated 6/17/2022 | Saltman, Treado |
| PX-689 | Presentation: Weekly Erie PM Meeting, dated 2/3/2022 | Treado |
| PX-690 | Presentation: Weekly Erie PM Meeting, dated 5/5/2022 | Treado |
| PX-691 | Presentation: Weekly Erie PM Meeting, dated 9/8/2022 | Treado |
| PX-692 | Presentation: Weekly Erie PM Meeting, dated 8/11/2022 | Treado |
| PX-693 | Presentation: Weekly Erie PM Meeting, dated 5/12/2022 | Treado |
| PX-694 | Presentation: Weekly Erie PM Meeting, dated 7/14/2022 | Treado |
| PX-695 | Presentation: Weekly Erie PM Meeting, dated 9/15/2022 | Treado |
| PX-696 | Presentation: Weekly Erie PM Meeting, dated 6/16/2022 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| | | |
| PX-697 | Presentation: Weekly Erie PM Meeting, dated 1/13/2022 | Treado |
| PX-698 | Presentation: Weekly Erie PM Meeting, dated 10/20/2022 | Saltman, Treado |
| PX-699 | Presentation: Weekly Erie PM Meeting, dated 7/21/2022 | Saltman, Treado |
| PX-700 | Presentation: Weekly Erie PM Meeting, dated 9/22/2022 | Treado |
| PX-701 | Presentation: Weekly Erie PM Meeting, dated 2/24/2022 | Treado |
| PX-702 | Presentation: Weekly Erie PM Meeting, dated 7/28/2022 | Treado |
| PX-703 | Presentation: Weekly Erie PM Meeting, dated 9/29/2022 | Treado |
| PX-704 | Presentation: Weekly Erie PM Meeting, dated 6/30/2022 | Treado |
| PX-705 | Presentation: Weekly Erie PM Meeting, dated 10/6/2022 | Treado |
| PX-706 | Presentation: Weekly Erie PM Meeting, dated 1/12/2023 | Treado |
| PX-707 | Presentation: Weekly Erie PM Meeting, dated 1/30/2023 | Treado |
| PX-708 | Presentation: Weekly Erie PM Meeting, dated 2/16/2023 | Treado |
| PX-709 | Presentation: Weekly Erie PM Meeting, dated 12/1/2022 | Treado |
| PX-710 | Presentation: Weekly Erie PM Meeting, dated 3/3/2022 | Treado |
| PX-711 | Presentation: Weekly Erie PM Meeting, dated 1/6/2022 | Treado |
| PX-712 | Presentation: Weekly Erie PM Meeting, dated 4/7/2022 | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| | | |
| PX-713 | Presentation: Weekly Erie PM Meeting, dated 11/10/2022 | Treado |
| PX-715 | Presentation: Weekly Erie PM Meeting, dated 5/19/2022 | Treado |
| PX-716 | Presentation: Weekly Erie PM Meeting, dated 4/21/2022 | Treado |
| PX-717 | Presentation: Weekly Erie PM Meeting, dated 5/26/2022 | Treado |
| PX-718 | Presentation: Weekly Erie PM Meeting, dated 10/27/2022 | Treado |
| PX-719 | Presentation: Weekly Erie PM Meeting, dated 4/28/2022 | Treado |
| PX-720 | Presentation: Weekly Erie PM Meeting, dated 3/31/2022 | Treado |
| PX-721 | Presentation: Weekly Erie PM Meeting, dated 6/9/2022 | Treado |
| PX-724 | Presentation: Weekly Erie PM Meeting - 8/18/2022 | Treado |
| PX-729 | Email chain between T. Lanier, C. Denys, M. Steich, P. Treado, F. Fernandez re: Updated VAB Acceptance Protocol - Final Version, dated 12/2/2022 with attachment | Treado |
| PX-732 | Meeting invite from A. McCombs to J. Cohen, et al. re: CI Corp monthly budget review, dated 12/18/2020 with attachments | Treado |
| PX-733 | Meeting invite from C. McCombs to P. Treado, et al. re: EP DA Prep and termsheets, dated 11/15/2021 with attachments | Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-735 | Email chain from A. Stockburger to J. Cohen re: ERIE - 2nd JNJ VIP Demo, dated 12/13/2022 | Cohen |
| PX-740 | Jeffrey Cohen Resume, dated 2/27/2024 | Cohen |
| PX-741 | Email from P. Treado to J. Cohen et al Reaction to SpecX.ai Plan, dated 12/4/2023, with attachment | Cohen |
| PX-757 | Presentation: Aorta Report for Weekly PM Erie Meeting, dated 11/15/2022 | Treado |
| PX-769 | Email chain between R. Beideman and P. Treado re: Ignore Label Exec Summary Question, dated 7/26/2023, attaching Presentation: Erie Program - Data Review Board (DRB) Meeting 5 | Treado |
| PX-770 | Presentation: Erie Program - CS M1B EL6 VAB Crawl Study - Test Study Daily Report - Study Day 1 - 8/1/2022 | Saltman, Treado |
| PX-777 | Email from P. Treado to J. Cohen, R. Ruben re: Ethicon Meeting Notes, dated 4/10/2023 with attachment | Treado |
| PX-780 | Presentation: Erie Program - CS VAB Q3 Interim Report, dated 9/30/2022 | Treado |
| PX-784 | Presentation: Erie Program - Joint Steering Committee (JSC) - 2021 Meeting 8, dated 9/21/2021 | Treado |
| PX-813 | Presentation:  Erie Program CS M1B Perfusion - Milestone Submission Final Report & Review Meeting Rev0 Release, dated 1/14/2022 | Treado |
| PX-816 | Presentation: Erie Program CS M1B UBN CAFCO Study - Test Study Daily Report - Study Day 1, dated 5/31/22 | Saltman, Treado |
| PX-817 | Presentation: Erie Program CS M1B UBN CAFCO Study - Test Study Daily Report - Study Day 2, dated 6/1/2022 | Saltman, Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-818 | Presentation: Erie Program CS M1B UBN CAFCO Study - Test Study Daily Report - Study Day 3, dated 6/2/2022 | Saltman, Treado |
| PX-819 | Presentation: Erie Program CS M1B EL6 VAB Crawl Study LL Meeting , dated 8/19/2022 | Saltman, Treado |
| PX-820 | Presentation: Erie Program CS M1B EL7.5 VAB Jog Study - Test Study Daily Report - Study Day 2, dated 10/11/2022 | Saltman |
| PX-821 | Presentation: Erie Program CS M1B EL7.5 VAB Jog Study - Test Study Daily Report - Study Day 3, dated 10/12/2022 | Saltman |
| PX-822 | Presentation: Erie Program CS M1B EL9 VAB VOC Study Test Readiness Review (TRR), dated 11/7/2022 | Saltman |
| PX-870 | Email from M. Steich to P. Treado, C. Denys, M. Madden re: DRAFT JSC Meeting Minutes - 2022_01_Jan25 with attachment, dated 1/25/2022 | Treado |
| PX-873 | Email chain between J. Cohen, F. Fernandez re: CI Response, dated 4/6/2023 | Cohen |
| PX-874 | Presentation: Strategic Partner Status Report, dated 6/7/2019 | Cohen |
| PX-877 | Presentation: Strategic Partner Status Report, dated 6/21/2019 | Cohen |
| PX-882 | Email from J. Cohen to R. Ruben, P. Treado re: Fw: SGH, dated 5/10/2023 | Cohen |
| PX-883 | Email from N. Li to J. Cohen, R. Ruben re: CI IP license TS, dated 1/5/2024, with attachment | Cohen |
| PX-884 | Email chain between N. Li, J. Cohen, R. Ruben re: CI IP license TS, dated 2/24/2024 | Cohen |
| PX-885 | Presentation: Erie Program CS M1B EL5 UBN2 Study Test Study Daily Report - Study Day 3, dated 6/22/2022 | Saltman, Treado |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| PX-886 | Presentation: Erie Program CS M1B EL5 UBN2 Study Test Study Daily Report - Study Day 4, dated 6/23/2022 | Saltman, Treado |
| DX 1 | Research, Development, License and Commercialization Agreement by and between ChemImage Corporation and Ethicon, Inc. - Signed Execution Version, dated 12/27/2019 | Hansen, Lanier |
| DX 7A | Slide deck named, '2022-12-16-VAB-FinalReport16Dec2022_Rev20_CONFIDENTIAL.pptx' - native file , dated 12/16/2022 | Hansen, Lanier |
| DX 9A | VAB Final Report  - native file , dated 12/16/2022 | Hansen |
| DX 14 | Email from F. Fernandez to M. Nelson re: Confidential - Ethicon Notice to ChemImage, with attached Document named, 'CI Termination Letter 3-6-23.pdf', dated 3/6/2023 | Hansen, Lanier |
| DX 15 | Email from F. Fernandez to M. Nelson re: Confidential - Ethicon Notice to ChemImage, with attached Document named, 'CI Termination Letter 3-6-23.pdf', dated 3/6/2023 | Hansen |
| DX 213 | Slide deck named, '2022-06-13_ClinicalGTReview_Rev1_CONFIDENTIAL.pptx', dated 6/13/2022 | Lewis |
| DX 277A | Slide deck named, '2022-01_12_Weekly_Erie_PM_Meeting_Rev0_Confidential.pptx' - native file , dated 1/12/2023 | Hansen |
| DX 303 | Slide deck named, 'Erie Program  CS M1B OHO8A POL Test Readiness Review (TRR)', dated 1/13/2022 | Lewis |
| DX 306 | Slide deck named, 'VA DLGround Truth Review', dated 4/27/2022 | Lewis |
| DX 307 | Slide deck named, 'Erie Program CS M1B OH08A POL2 Study Lessons Learned (LL)', dated 4/1/2022 | Lewis |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 324A | Slide deck named, "Cambridge Consultants - Ethicon - Independent Review - Ignore Labels Report" - native file , dated 3/3/2023 | Hansen |
| DX 326 | Slide deck named, 'Erie Milestone 1A - Feedback', dated 10/1/2020 | Lanier |
| DX 348A | Slide deck named, '2022-05-10-EP_Data_Review_Board_Meeting_1_10May2022_Rev4_DRAFT_CONFIDENTIAL.pptx' - native file , dated 5/10/2022 | Hansen |
| DX 372 | Email from M. Steich to M. Kristensen;  H. Gomer, et al., re: RE: Validation of Embedded Metrics Data Upload, dated 1/12/2023 | Hansen |
| DX 379 | Email from H. Gomer to M. Nelson and M. Kristensen, re: RE: Validation of embedded metrics, dated 12/16/2022 | Hansen |
| DX 397A | 2023.02.14 Presentation entitled, "Ignore Labels Q & A Part IV" - native file , dated 2/14/2023 | Hansen |
| DX 403 | Email from P. Treado to F. Fernandez and T. Lanier, re: Urgent Request for Ethicon Advance Payments to ChemImage on Erie Program Milestones, with attached Document named, 'ChemImage_Letter_to_Ethicon_26Jul2022_RevFINAL.pdf', dated 7/26/2022 | Lanier |
| DX 431A | Slide deck named, '2022-08-15-EP_Data_Review_Board_Meeting_4_Rev2_CONFIDENTIAL.pptx' - native file , dated 8/15/2022 | Hansen |
| DX 468 | Cambridge Consultant's M1A Summary Report, dated 10/14/2020 | Lanier |
| DX 485 | Slide deck named, "Robotics & Digital Solutions - Erie Detect and Avoid Exploratory Research", dated 12/1/2022 | Lanier |
| DX 494 | Email from P. Ritchie to E. Osmanagic, re: FW: Fully-executed License Agreement, with attached Research, | Hansen |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| | Development, License and Commercialization Agreement by and between ChemImage Corporation and Ethicon, Inc. - Signed Execution Version, dated 1/2/2020 | |
| DX 497 | Email from P. Ritchie to S. Hansen, re: Your Question around Lightsphere, dated 10/5/2022 | Hansen |
| DX 509 | Slide deck named, '2022-12-13-VAB-FinalReport16Dec2022_Rev15_DRAFT_CONFIDENTIAL.pptx', dated 12/13/2022 | Hansen |
| DX 509A | Slide deck named, '2022-12-13-VAB-FinalReport16Dec2022_Rev15_DRAFT_CONFIDENTIAL.pptx' - native file , dated 12/13/2022 | Hansen |
| DX 527 | Email from T. Lanier to R. Gooding,  T. Danowski, et al., re: Erie, dated 7/13/2022 | Lanier |
| DX 534 | Spreadsheet, re: Ethicon payments to ChemImage Corporation, dated 4/26/2023 | Lanier |
| DX 538 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211713, dated 3/10/2021 | Lanier |
| DX 550 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211783, dated 12/15/2021 | Lanier |
| DX 551 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221788, dated 1/16/2022 | Lanier |
| DX 565 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20231857, dated 1/13/2023 | Lanier |
| DX 570 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20231879, dated 3/31/2023 | Lanier |
| DX 571 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994271470, dated 2/25/2021 | Lanier |
| DX 574 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994436773, dated 1/11/2022 | Lanier |

| Trial Exhibit | Description | Used in Fact Witness Affidavits |
|---|---|---|
| DX 578 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. PO 994567623, dated 1/3/2023 | Lanier |
| DX 583 | JSC Meeting 10 Minutes re M1A Formal Feedback, dated 10/30/2020 | Lanier |
| DX 662 | Document named, 'JSC_Meeting10_Minutes_30Oct2020_Rev0.docx', dated 10/30/2020 | Hansen |
| DX 674 | Email from T. Lanier to P. Treado re: Re: Urgent Request for Ethicon Advance Payments to ChemImage on Erie Program Milestones, with attached Document named, 'Ethicon Letter 8-12-22.pdf', dated 8/12/22 | Lanier |

7.   The Parties stipulate that certain trial exhibits are equivalent, as set forth below in <u>Table 2</u>.

TABLE 2

| |
|---|
| DX 18 is equivalent to DX 18A |
| DX 324 is equivalent to DX 324A |
| DX 486 is equivalent to DX 485 |
| DX 107 is equivalent to 658 |
| DX 653 is equivalent to DX 82 |

Dated:  New York, New York
        March 16, 2025

QUINN EMANUEL URQUHART &
SULLIVAN, LLP

By:  _/s/ Courtney C. Whang_
     Andrew J. Rossman
     Alex Spiro
     Courtney C. Whang
     295 Fifth Avenue
     New York, New York 10016
     Telephone: (212) 849-7000
     Fax: (212) 849-7100
     andrewrossman@quinnemanuel.com
     alexspiro@quinnemanuel.com
     courtneywhang@quinnemanuel.com

     James Bieber
     865 S Figueroa Street, 10th Floor
     Los Angeles, California 90017
     Telephone: (213) 443 3000
     Fax: (213) 443-3100
     jimmybieber@quinnemanuel.com

     *Attorneys for Plaintiff*

PATTERSON BELKNAP WEBB &
TYLER LLP

By:  _/s/ Rachel Sherman_
     William F. Cavanaugh, Jr.
     Rachel B. Sherman
     1133 Avenue of the Americas
     New York, New York 10036
     Telephone: (212) 336-2000
     Fax: (212) 336-2222
     wfcavanaugh@pbwt.com
     rsherman@pbwt.com

     LINKLATERS LLP
     Diana M. Conner
     1290 Avenue of the Americas
     New York, New York 10104
     Tel: (212) 903-9315
     diana.conner@linklaters.com

     *Attorneys for Defendants*