UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEMIMAGE CORPORATION<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON and ETHICON, INC.<br><br>        Defendants. | 24-CV-2646 (JMF) |

**JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING EXHIBITS ADMITTED FOR TRIAL**

Plaintiff ChemImage Corporation ("ChemImage") and Defendants Johnson & Johnson ("J&J") and Ethicon, Inc. ("Ethicon" and, together with J&J, "Defendants" and, together with ChemImage, the "Parties"), hereby agree and stipulate as follows:

1. The Parties agree that the exhibits in Table 1 below were cited in the affidavit of Ms. Tamara Lanier.  These exhibits were inadvertently left off the Parties' March 17, 2025 Joint Stipulation and Order Regarding Exhibits Admitted For Trial and Exhibit Exchange Protocol.  *See* Dkt. 172.

2. The Parties agree that the exhibits in Table 1 are admissible for purposes of trial:

TABLE 1

| Trial Exhibit | Description | Used in Witness Affidavit |
|---|---|---|
| DX 539 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211718, dated 3/31/2021 | Lanier |
| DX 540 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211725, dated 4/30/2021 | Lanier |

| Trial Exhibit | Description | Used in Witness Affidavit |
|---|---|---|
| DX 541 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211730, dated 5/31/2021 | Lanier |
| DX 542 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211740, dated 6/30/2021 | Lanier |
| DX 543 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211749, dated 7/30/2021 | Lanier |
| DX 544 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211755, dated 8/31/2021 | Lanier |
| DX 545 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211760, dated 9/14/2021 | Lanier |
| DX 546 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211762, dated 9/30/2021 | Lanier |
| DX 547 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211767, dated 11/1/2021 | Lanier |
| DX 548 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211770, dated 11/19/2021 | Lanier |
| DX 549 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20211774, dated 12/1/2021 | Lanier |
| DX 552 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221806, dated 3/30/2022 | Lanier |
| DX 553 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221821, dated 7/15/2022 | Lanier |
| DX 554 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221822, dated 7/30/2022 | Lanier |
| DX 555 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221828, dated 8/16/2022 | Lanier |
| DX 556 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. -  No. 20221834, dated 8/31/2022 | Lanier |

| Trial Exhibit | Description | Used in Witness Affidavit |
|---|---|---|
| DX 557 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221835, dated 9/15/2022 | Lanier |
| DX 558 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221839, dated 9/30/2022 | Lanier |
| DX 559 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221840, dated 10/15/2022 | Lanier |
| DX 560 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221842, dated 10/31/2022 | Lanier |
| DX 561 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221844, dated 11/15/2022 | Lanier |
| DX 562 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221846, dated 11/30/2022 | Lanier |
| DX 563 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221852, dated 12/15/2022 | Lanier |
| DX 564 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20221853, dated 12/29/2022 | Lanier |
| DX 566 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20231859, dated 1/31/2023 | Lanier |
| DX 567 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20231862, dated 2/15/2023 | Lanier |
| DX 568 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20231865, dated 2/28/2023 | Lanier |
| DX 569 | Invoice from ChemImage Corporation to Ethicon Endo-Surgery, Inc. - No. 20231872, dated 3/15/2023 | Lanier |
| DX 572 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994337689, dated 9/9/2021 | Lanier |

| Trial Exhibit | Description | Used in Witness Affidavit |
|---|---|---|
| DX 573 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994418867, dated 11/18/2021 | Lanier |
| DX 575 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994467489, dated 3/30/2022 | Lanier |
| DX 576 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994499460, dated 6/27/2022 | Lanier |
| DX 577 | Purchase Order from ChemImage Corporation to Ethicon Endo-Surgery, Inc.-Cincinnati No. 994533081, dated 9/30/2022 | Lanier |

3. The Parties agree that the exhibits in Table 2 through Table 13 below are admissible as part of designated deposition testimony, subject to the objections indicated below.

TABLE 2

| Exhibits included in the Parties' Designations and/or Counter-Designations for Hani Abouhalka ||||
|---|---|---|---|
| Trial Exhibit | Plaintiff's Designations | Defendants' objections to testimony | Deposition Exhibit Number |
| PX-328 | 31:14-32:16 | | Exhibit 2 |
| PX-322 | 49:5-11 | | Exhibit 3 |
| PX-316 | 62:3-9 | | Exhibit 4 |
| PX-327 | 94:19-20 | | Exhibit 7 |
| PX-308 | 98:5-7; 98:11-18 | | Exhibit 8 |
| PX-476 | 104:8-11; 105:3-6 | | Exhibit 9 |
| PX-403 | 111:9-9 | | Exhibit 10 |
| PX-403 | 111:14-15; 11:25-112:8 | | Exhibit 10 |
| PX-368 | 117:5-7 | | Exhibit 11 |

| Trial Exhibit | Defendants' Designations | Plaintiff's objections to testimony | Deposition Exhibit Number |
|---|---|---|---|
| PX-316 | 69:22 – 70:5 | Relevance (402/403) | Exhibit 4 |

### TABLE 3

| Exhibits included in the Parties' Designations and/or Counter-Designations for David Berkman | | | |
|---|---|---|---|
| Trial Exhibit | Defendants' Designations | Plaintiff's objections to testimony | Deposition Exhibit Number |
| DX 196 | 29:4 - 33:1 | Relevance (401/402); 30:14-33:1: Lack of Foundation (901 / 902) | Exhibit 2 |
| DX 135 | 48:17 - 49:14 | | Exhibit 7 |
| DX 135 | 50:19 – 52:2 | Relevance (401/402) (subject of MIL (outside scope of termination letter) | Exhibit 7 |
| DX 86 | 56:15 – 59:20 | Relevance (401/402) (subject of MIL (outside scope of termination letter) | Exhibit 8 |
| DX 123 | 70:8 - 72:15 | Relevance (401/402) (subject of MIL (outside scope of termination letter) | Exhibit 10 |
| DX 219 | 96:7 - 97:1 | Relevance (401/402) | Exhibit 17 |
| DX 219 | 97:20 – 98:12 | Relevance (401/402) | Exhibit 17 |

### TABLE 4

| Exhibits included in the Parties' Designations and/or Counter-Designations for Jeffrey Cohen | | | |
|---|---|---|---|
| Trial Exhibit | Defendants' Designations | Plaintiff's objections to testimony | Deposition Exhibit Number |
| PX-776 | 242:1 - 243:13 | | Exhibit 2 |
| PX-776 | 12:20 - 13:21 | | Exhibit 2 |
| DX 197 | 64:18 - 65:4 | Relevance (401/402); Lack of Foundation (901/902) | Exhibit 3 |
| DX 197 | 66:4 - 67:4 | Relevance (401/402); Lack of Foundation (901/902) | Exhibit 3 |
| DX 195 | 67:11 - 67:20 | Relevance (401/402) | Exhibit 4 |

| DX 221 | 68:4 - 68:10 | Relevance (401/402); subject of MIL (finances) | Exhibit 5 |
| DX 221 | 68:14 - 69:3 | Relevance (401/402); subject of MIL (finances) | Exhibit 5 |
| DX 140 | 76:8 - 77:8 | | Exhibit 6 |
| DX 236 | 91:18 - 93:7 | Relevance (401/402); subject of MIL (finances) | Exhibit 10 |
| DX 87 | 99:5 - 100:2 | Relevance (401/402); subject of MIL (finances) | Exhibit 12 |
| DX 124 | 118:10 - 118:22 | | Exhibit 14 |
| DX 124 | 119:22 - 120:11 | Relevance (401/402); subject of MIL (finances) | Exhibit 14 |
| DX 124 | 122:3 - 122:14 | Relevance (401/402); subject of MIL (finances) | Exhibit 14 |
| DX 237 | 134:10 - 136:1 | Relevance (401/402); subject of MIL (finances) | Exhibit 16 |
| DX 238 | 136:6 - 136:21 | | Exhibit 17 |
| DX 231 | 144:6 - 147:10 | Relevance (401/402); subject of MIL (finances) | Exhibit 18 |
| DX 231 | 153:7 - 154:17 | Relevance (401/402) | Exhibit 18 |
| DX 231 | 154:22 - 156:8 | | Exhibit 18 |
| DX 146 | 162:1 - 164:7 | Relevance (401/402); subject of MIL (finances) | Exhibit 19 |
| DX 224 | 209:1 - 211:22 | Relevance (401/402); subject of MIL (finances) | Exhibit 25 |
| DX 77 | 212:5 - 213:6 | Relevance (401/402); subject of MIL (finances) | Exhibit 27 |
| DX 138 | 214:18 - 215:13 | Relevance (401/402); subject of MIL (finances) | Exhibit 28 |
| DX 131 | 217:19 - 218:15 | Relevance (401/402); subject of MIL(finances) | Exhibit 29 |

**TABLE 5**

| Exhibits included in the Parties' Designations and/or Counter-Designations for Lee Glover | | | |
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' objections to testimony** | **Deposition Exhibit Number** |
| PX-463 | 13:6-8 | | Exhibit 1 |
| PX-462 | 23:16-17 | | Exhibit 2 |

| Trial Exhibit | Defendants' Designations | Plaintiff's Objections to Testimony | Deposition Exhibit Number |
|---|---|---|---|
| PX-462 | 24:5-9 | | Exhibit 2 |
| PX-466 | 28:22-29:18 | | Exhibit 3 |
| PX-378 | 35:8-10 | | Exhibit 4 |
| PX-474 | 55:6-8 | | Exhibit 6 |
| PX-474 | 55:11-56:20 | | Exhibit 6 |
| PX-277 | 63:18-64:19 | | Exhibit 7 |
| PX-465 | 74:2-75:5 | | Exhibit 9 |
| PX-472 | 77:8-14 | | Exhibit 10 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 323 | 47:3 – 48:14 | | Exhibit 1 |
| DX 323 | 102:1 - 102:6 | | Exhibit 1 |
| DX 323 | 104:10 - 105:24 | | Exhibit 1 |
| DX 323 | 105:25 - 106:22 | | Exhibit 1 |
| DX 323 | 113:8 - 113:18 | | Exhibit 1 |
| PX-462 | 24:17 – 24:24 | | Exhibit 2 |
| PX-462 | 25:6 – 25:17 | | Exhibit 2 |
| PX-466 | 31:13 – 31:21 | | Exhibit 3 |
| PX-378 | 42:7 – 42:18 | | Exhibit 4 |
| PX-378 | 43:11 – 44:15 | | Exhibit 4 |
| DX 395 | 52:14 – 53:11 | Improper counter/not relevant to designation | Exhibit 5 |
| PX-474 | 60:20 - 61:16 | Improper counter/not relevant to designation | Exhibit 6 |
| PX-277 | 64:20 – 65:15 | | Exhibit 7 |
| DX 579 | 110:19 - 111:14 | | Exhibit 8 |
| PX-465 | 76:1 – 76:11 | | Exhibit 9 |
| PX-464 | 82:14 - 82:23 | | Exhibit 11 |
| PX-464 | 88:23 - 90:7 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 11 |
| DX 399 | 91:11 - 92:1 | | Exhibit 12 |
| DX 399 | 92:4 - 93:25 | | Exhibit 12 |
| DX 399 | 94:3 - 96:23 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 12 |
| DX 463 | 114:25 - 117:2 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 13 |

TABLE 6

| Exhibits included in the Parties' Designations and/or Counter-Designations for Heather Gomer | | | |
|---|---|---|---|
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's objections to testimony** | **Deposition Exhibit Number** |
| DX 412A | 50:12 - 51:10 | Relevance (401/402); calls for legal conclusion (403 / 611 / 701); subject of MIL (outside scope of termination letter) | Exhibit 2 |
| DX 299 | 55:5 - 55:11 | | Exhibit 3 |
| DX 299 | 55:20 – 56:10 | | Exhibit 3 |
| DX 299 | 56:17 – 60:16 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 3 |
| DX 209 | 65:4 - 66:5 | | Exhibit 4 |
| DX 209 | 72:21 - 73:21 | | Exhibit 4 |
| DX 209 | 75:7 - 75:11 | | Exhibit 4 |
| DX 209 | 75:16 - 78:21 | | Exhibit 4 |
| DX 209 | 79:2 - 80:8 | | Exhibit 4 |
| DX 347 | 93:5 - 93:22 | | Exhibit 6 |
| DX 40 | 93:5 - 93:22 | | Exhibit 7 |
| DX 347 | 95:18 - 100:11 | | Exhibit 6 |
| DX 64 | 106:9 - 109:5 | | Exhibit 9 |
| DX 64 | 109:6 - 110:12 | | Exhibit 9 |
| DX 205 | 111:22 - 113:21 | | Exhibit 10 |
| DX 6 | 118:1 - 119:8 | | Exhibit 11 |
| DX 6 | 225:20 – 226:14 | | Exhibit 11 |
| DX 6 | 231:8 – 231:13 | | Exhibit 11 |
| DX 6 | 231:16 – 232:11 | | Exhibit 11 |
| DX 6 | 234:15 – 235:2 | | Exhibit 11 |
| DX 6 | 235:5 – 236:10 | | Exhibit 11 |
| DX 6 | 237:2 – 238:12 | 238:9-12: Hearsay (802); lack of personal knowledge (602); calls for speculation (403/611) | Exhibit 11 |
| DX 26 | 158:5 - 158:22 | | Exhibit 16 |
| DX 26 | 161:5 - 162:10 | | Exhibit 16 |
| DX 26 | 163:5 - 163:18 | Relevance (401/402); subject of MIL (outside scope of termination letter); Hearsay (802) | Exhibit 16 |

| | | | |
|---|---|---|---|
| DX 26 | 163:19 - 164:15 | Relevance (401/402); subject of MIL (outside scope of termination letter); Hearsay (802) | Exhibit 16 |
| DX 26 | 165:4 - 165:9 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 16 |
| DX 26 | 166:7 - 166:17 | Relevance (401/402); subject of MIL (outside scope of termination letter); Hearsay (802) | Exhibit 16 |
| DX 26 | 166:20 - 168:1 | Relevance (401/402); subject of MIL (outside scope of termination letter); Hearsay (802); Calls for speculation (403 /611); Vague/Ambiguous questioning (403/611) | Exhibit 16 |
| DX 82 | 185:14 - 187:18 | Relevance (401/402); subject of MIL (finances | Exhibit 18 |
| DX 82 | 188:18 - 189:20 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 18 |
| DX 37 | 193:22 - 194:12 | | Exhibit 19 |
| DX 27 | 196:8 - 197:3 | | Exhibit 20 |
| DX 58 | 214:16 - 215:10 | | Exhibit 22 |
| DX 58 | 217:18 - 218:21 | Hearsay (802); lack of personal knowledge (602) | Exhibit 22 |
| DX 119 | 253:11 - 255:7 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 24 |
| DX 119 | 255:10 - 256:2 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 24 |
| DX 62 | 259:13 - 260:9 | | Exhibit 26 |
| DX 62 | 260:12 – 261:18 | | Exhibit 26 |
| DX 13 | 262:11 - 262:17 | | Exhibit 27 |
| DX 13 | 262:20 - 263:6 | | Exhibit 27 |
| DX 13 | 269:20 – 270:1 | | Exhibit 27 |
| DX 13 | 270:4 – 270:5 | | Exhibit 27 |
| DX 13 | 271:15 - 272:18 | 272:15-18: Lack of personal knowledge (602) | Exhibit 27 |
| DX 117 | 273:16 - 274:2 | | Exhibit 28 |
| DX 117 | 274:9 - 276:14 | | Exhibit 28 |
| DX 202 | 300:6 - 300:14 | | Exhibit 30 |

**TABLE 7**

| Exhibits included in the Parties' Designations and/or Counter-Designations for Steen Hansen | | | |
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' Objections to Testimony** | **Deposition Exhibit Number** |
| PX-2 | 27:24-28:3 | | Exhibit 1 |
| PX-336 | 28:7-10 | | Exhibit 2 |
| PX-45 | 35:3-36:24 | | Exhibit 3 |
| PX-292 | 52:16-25 | | Exhibit 4 |
| PX-214 | 72:24-73:4 | | Exhibit 5 |
| PX-289 | 85:8-9 | | Exhibit 6 |
| PX-123 | 110:18-114:17 | | Exhibit 8 |
| PX-706 | 125:16-25 | | Exhibit 9 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 4 | 38:9 - 38:23 | | Exhibit 1 |
| PX-336 | 68:4 - 72:19 | Improper counter (802/804); Relevance (401/402);subject of MIL (outside scope of termination letter) | Exhibit 2 |
| DX 35 | 41:16 - 44:4 | Improper counter (802/804) | Exhibit 3 |
| DX 35 | 44:5 - 45:4 | | Exhibit 3 |
| DX 35 | 46:4 - 47:7 | | Exhibit 3 |
| DX 365 | 55:3 - 55:7 | | Exhibit 4 |
| DX 365 | 60:10 - 60:14 | Non-responsive (611) | Exhibit 4 |
| DX 365 | 60:16 – 60:20 | Non-responsive (611) | Exhibit 4 |
| DX 350 | 169:21 – 171:2 | Improper counter (802/804) | Exhibit 6 |
| DX 350 | 171:4 – 174:14 | Improper counter (802/804) | Exhibit 6 |
| DX 350 | 171:16 | Improper counter (802/804) | Exhibit 6 |
| DX 96 | 89:7 – 89:11 | Improper counter (802/804) | Exhibit 7 |
| DX 96 | 89:13 – 91:3 | Improper counter (802/804) | Exhibit 7 |
| DX 116 | 114:18 – 115:13 | | Exhibit 8 |
| DX 116 | 122:18 – 122:24 | Vague/Ambiguous question (403/611); Incomplete (106); Non-responsive (611) | Exhibit 8 |

TABLE 8

| Exhibits included in the Parties' Designations and/or Counter-Designations for Tamara Lanier ||||
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' Objections to Testimony** | **Deposition Exhibit Number** |
| PX-782 | 41:23-42:2 | | Exhibit 2 |
| PX-326 | 68:20-22 | | Exhibit 3 |
| PX-1 | 73:8-9 | | Exhibit 4 |
| PX-214 | 155:2-3 | | Exhibit 6 |
| PX-2 | 157:19-158:9 | | Exhibit 7 |
| PX-99 | 168:25-170:12 | | Exhibit 8 |
| PX-289 | 177:5-23 | | Exhibit 9 |
| PX-463 | 200:24-201:5 | | Exhibit 10 |
| PX-174 | 217:6-8 | | Exhibit 11 |
| PX-118 | 227:2-3 | | Exhibit 12 |
| PX-45 | 266:14-18 | | Exhibit 13 |
| PX-485 | 282:21-283:1 | | Exhibit 15 |
| PX-41 | 294:17-21 | | Exhibit 16 |
| PX-312 | 300:10-11 | | Exhibit 17 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 529 | 42:9 - 42:16 | | Exhibit 2 |
| DX 1 | 83:7 - 83:11 | Incomplete (R. 106) | Exhibit 4 |
| PX-336 | 140:3 – 142:24 | Improper counter (802/804) | Exhibit 5 |
| DX 5 | 159:23 - 162:2 | | Exhibit 7 |
| DX 97 | 172:9 - 172:18 | Incomplete (R. 106) | Exhibit 8 |
| DX 210 | 219:12 - 219:20 | | Exhibit 11 |
| DX 210 | 222:1 - 223:7 | Improper counter (802/804) | Exhibit 11 |
| DX 36 | 266:10 - 266:11 | | Exhibit 13 |

TABLE 9

| Exhibits included in the Parties' Designations and/or Counter-Designations for Paul Ritchie ||||
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' Objections to Testimony** | **Deposition Exhibit Number** |
| PX-1 | 38:1-4 | | Exhibit 1 |
| PX-396 | 42:24-25 | | Exhibit 2 |
| PX-405 | 50:1-9 | | Exhibit 3 |
| PX-240 | 58:2-10 | | Exhibit 4 |
| PX-294 | 68:14-69:14 | | Exhibit 5 |
| PX-784 | 87:20-88:9 | | Exhibit 7 |
| PX-410 | 91:7-8 | | Exhibit 8 |
| PX-391 | 107:1-14 | | Exhibit 10 |
| PX-365 | 113:21-114:6 | | Exhibit 11 |
| PX-392 | 120:2-8 | | Exhibit 12 |
| PX-395 | 124:4-11 | | Exhibit 13 |
| PX-323 | 133:18-134:1 | | Exhibit 14 |
| PX-393 | 144:17-25 | | Exhibit 16 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| PX-405 | 50:15 – 50:17 | Relevance (402/403); Subject of MIL (finances) | Exhibit 3 |
| PX-405 | 51:23 – 52:5 | | Exhibit 3 |
| PX-405 | 56:14 – 57:12 | | Exhibit 3 |
| PX-240 | 58:13 – 58:24 | | Exhibit 4 |
| DX 528 | 74:2 – 74:19 | | Exhibit 7 |
| DX 528 | 76:14 – 77:13 | | Exhibit 7 |
| DX 528 | 78:21 – 80:24 | | Exhibit 7 |
| DX 528 | 89:18 – 20 | | Exhibit 7 |
| DX 528 | 89:22 – 90:6 | | Exhibit 7 |
| PX-395 | 124:15 - 125:3 | | Exhibit 13 |
| PX-395 | 128:18 - 128:25 | | Exhibit 13 |
| PX-395 | 130:6 - 131:4 | | Exhibit 13 |
| PX-323 | 136:5 - 136:24 | | Exhibit 14 |
| PX-393 | 145:11 - 146:1 | | Exhibit 16 |
| PX-393 | 147:14 - 147:21 | | Exhibit 16 |

| PX-393 | 148:19 - 149:12 | | Exhibit 16 |
|---|---|---|---|

## TABLE 10

| **Exhibits included in the Parties' Designations and/or Counter-Designations for Peter Shen** | | | |
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' Objections to Testimony** | **Deposition Exhibit Number** |
| PX-399 | 25:22-26:1 | | Exhibit 3 |
| PX-315 | 70:12-16 | | Exhibit 7 |
| PX-282 | 88:18-19 | | Exhibit 9 |
| PX-321 | 95:14-24 | | Exhibit 10 |
| PX-307 | 112:8-11 | | Exhibit 12 |
| PX-306 | 122:22-123:16 | | Exhibit 13 |
| PX-280 | 137:11-12 | | Exhibit 15 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 321 | 95:25 – 96:12 | Incomplete; Relevance (402/403) | Exhibit 9 |
| PX-321 | 105:10 – 106:8 | | Exhibit 10 |

## TABLE 11

| **Exhibits included in the Parties' Designations and/or Counter-Designations for Patrick Treado** | | | |
|---|---|---|---|
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 3 | 28:5 - 28:8 | | Exhibit 2 |
| DX 3 | 29:12 - 30:9 | | Exhibit 2 |
| DX 3 | 61:14 - 62:11 | Calls for legal conclusion (403 /611 /701); outside the scope of the 30b6 topics; Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 2 |
| DX 3 | 62:13 - 63:17 | Calls for legal conclusion (403 /611 /701); outside the scope of the 30b6 | Exhibit 2 |

| | | | |
|---|---|---|---|
| | | topics; Relevance (401/402); subject of MIL (outside scope of termination letter) | |
| DX 3 | 66:1 - 66:18 | Calls for legal conclusion (403 /611 /701); outside the scope of the 30b6 topics | Exhibit 2 |
| DX 3 | 68:1 - 69:6 | Calls for legal conclusion (403 /611 /701); outside the scope of the 30b6 topics | Exhibit 2 |
| DX 3 | 72:21 - 73:17 | Outside the scope of the 30b6 topics | Exhibit 2 |
| DX 3 | 75:21 - 76:18 | Outside the scope of the 30b6 topics; Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 2 |
| DX 3 | 76:20 - 78:4 | Calls for legal conclusion (403 /611 /701); outside the scope of the 30b6 topics; Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 2 |
| DX 223 | 37:16 - 38:9; | | Exhibit 3 |
| DX 223 | 39:9 - 42:19 | Relevance (401/402) | Exhibit 3 |
| DX 300 | 79:2 - 79:16 | | Exhibit 4 |
| DX 141 | 96:6 - 98:12 | | Exhibit 5 |
| DX 141 | 101:21 - 105:2 | 103:13-105:2: Calls for speculation (403/611); lack of personal knowledge (602) | Exhibit 5 |
| DX 141 | 105:4 - 106:7 | 105:4-13: Calls for speculation (403/611); lack of personal knowledge (602) | Exhibit 5 |
| DX 141 | 112:15 - 113:14 | | Exhibit 5 |
| DX 491A | 116:19 - 118:21 | Lacks foundation (901/902); hearsay (802) | Exhibit 6 |
| DX 38 | 124:17 - 125:22 | | Exhibit 7 |
| DX 38 | 126:1 - 127:1 | 126:15-127:1: Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 7 |
| DX 38 | 127:22 - 128:18 | Outside the scope of the 30b6 topics; Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 7 |
| DX 226 | 129:22 - 131:7 | | Exhibit 8 |
| DX 89 | 135:18 - 136:22 | | Exhibit 9 |
| DX 89 | 137:12 - 139:7 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 9 |
| DX 126 | 150:16 - 151:8; | | Exhibit 10 |

| | | | |
|---|---|---|---|
| DX 126 | 152:1 - 152:22 | Relevance (401/402); Outside the scope of 30(b)(6) topics | Exhibit 10 |
| DX 42 | 155:5 - 156:4; | Relevance (401/402); hearsay (802) | Exhibit 11 |
| DX 42 | 159:1 - 160:6; | Relevance (401/402); hearsay (802) | Exhibit 11 |
| DX 42 | 161:4 - 163:5 | Relevance (401/402); hearsay (802); lack of personal knowledge (602) | Exhibit 11 |
| DX 42 | 164:20 - 165:15 | Relevance (401/402); hearsay (802); lack of personal knowledge (602); outside the scope of the 30b6 topics | Exhibit 11 |
| DX 73 | 166:22 - 167:12; | | Exhibit 12 |
| DX 73 | 169:16 – 169:21 | Relevance (401/402) | Exhibit 12 |
| DX 674 | 166:22 - 167:12; | | Exhibit 13 |
| DX 674 | 173:22 - 176:9 | Hearsay (802) | Exhibit 13 |
| DX 674 | 180:20 - 182:12 | Hearsay (802) | Exhibit 13 |
| DX 147 | 191:5 - 192:19; | Hearsay (802); lack of personal knowledge (602) | Exhibit 14 |
| DX 147 | 196:4 - 196:15 | | Exhibit 14 |
| DX 348 | 202:19 - 207:1; | | Exhibit 15 |
| DX 348 | 208:2 - 208:10 | | Exhibit 15 |
| DX 206 | 210:17 - 213:6; | | Exhibit 16 |
| DX 206 | 227:2 - 228:4 | | Exhibit 16 |
| DX 7 | 251:11 – 251:21; | | Exhibit 17 |
| DX 7 | 252:16 – 253:11 | | Exhibit 17 |
| DX 32 | 262:3 - 266:1 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 18 |
| DX 407 | 266:7 - 266:19; | | Exhibit 19 |
| DX 407 | 267:9 - 268:16 | Relevance (401/402); subject of MIL (outside scope of termination letter) | Exhibit 19 |
| DX 407 | 279:10 – 280:16 | Relevance (401/402); subject of MIL (outside scope of termination letter); incomplete (106) | Exhibit 19 |
| DX 407 | 281:18 – 283:13 | | Exhibit 19 |
| DX 407 | 289:21 – 291:18 | | Exhibit 19 |
| DX 10 | 304:10 - 305:8 | | Exhibit 20 |
| DX 74 | 306:5 - 307:11 | | Exhibit 21 |
| DX 203 | 308:7 - 309:19 | | Exhibit 22 |
| DX 203 | 310:6 - 311:12 | | Exhibit 22 |
| DX 203 | 314:14 - 316:6 | | Exhibit 22 |
| DX 229 | 325:15 - 328:15 | | Exhibit 23 |
| DX 204 | 336:20 - 337:20 | Outside the scope of 30b6 topics | Exhibit 24 |
| DX 94 | 340:16 - 343:5 | Outside the scope of 30b6 topics; relevance (401/402) | Exhibit 25 |

| DX 118 | 344:2 - 345:4 | Outside the scope of 30b6 topics; relevance (401/402 | Exhibit 26 |
| DX 188 | 349:22 - 350:7 | Outside the scope of 30b6 topics; relevance (401/402) | Exhibit 27 |
| DX 184 | 352:19 - 355:4 | Outside the scope of 30b6 topics; relevance (401/402) | Exhibit 28 |

**TABLE 12**

| Exhibits included in the Parties' Designations and/or Counter-Designations for Alyssa Zrimsek ||||
|---|---|---|---|
| **Trial Exhibit** | **Plaintiff's Designations** | **Defendants' Objections to Testimony** | **Deposition Exhibit Number** |
| PX-50 | 71:15-17 | | Exhibit 7 |
| PX-22 | 79:15-17 | | Exhibit 8 |
| PX-52 | 131:15-19 | | Exhibit 13 |
| **Trial Exhibit** | **Defendants' Designations** | **Plaintiff's Objections to Testimony** | **Deposition Exhibit Number** |
| DX 639 | 7:8 - 7:16 | | Exhibit 1 |
| DX 95 | 38:7 - 40:7 | | Exhibit 4 |
| DX 52 | 44:10 - 46:12 | | Exhibit 5 |
| DX 52 | 54:15 - 55:12 | | Exhibit 5 |
| DX 63 | 62:14 - 65:8 | | Exhibit 6 |
| DX 41 | 71:7 - 72:12; | | Exhibit 7 |
| DX 41 | 77:2 – 77:14 | | Exhibit 7 |
| DX 11 | 79:15 - 79:17 | | Exhibit 8 |
| DX 11 | 80:10 - 81:3 | | Exhibit 8 |
| DX 11 | 86:22 - 87:2 | | Exhibit 8 |
| DX 11 | 87:3 - 89:1 | | Exhibit 8 |
| DX 11 | 149:14 - 150:8 | | Exhibit 8 |
| DX 68 | 95:16 - 96:17 | | Exhibit 9 |
| DX 392 | 113:5 - 114:2 | | Exhibit 11 |
| DX 392 | 114:16 - 115:9 | | Exhibit 11 |
| DX 392 | 123:20 - 123:22 | | Exhibit 11 |
| DX 59 | 124:1 - 125:18 | | Exhibit 12 |
| DX 44 | 131:15 - 133:1 | | Exhibit 13 |
| DX 66 | 137:16 - 139:22 | | Exhibit 14 |

TABLE 13

| **Exhibits included in the Parties' Designations and/or Counter-Designations for Adam Saltman** |
|---|
| **Plaintiff's Designations** |
| N/A |
| **Defendants' Designations** |
| N/A |

Dated: New York, New York
  March 19, 2025

QUINN EMANUEL URQUHART & SULLIVAN, LLP

By: */s/ Courtney C. Whang*
  Andrew J. Rossman
  Alex Spiro
  Courtney C. Whang
  295 Fifth Avenue
  New York, New York 10016
  Telephone: (212) 849-7000
  Fax: (212) 849-7100
  andrewrossman@quinnemanuel.com
  alexspiro@quinnemanuel.com
  courtneywhang@quinnemanuel.com

  James Bieber
  865 S Figueroa Street, 10th Floor
  Los Angeles, California 90017
  Telephone: (213) 443 3000
  Fax: (213) 443-3100
  jimmybieber@quinnemanuel.com

  *Attorneys for Plaintiff*

PATTERSON BELKNAP WEBB & TYLER LLP

By: */s/ Rachel Sherman*
  William F. Cavanaugh, Jr.
  Rachel B. Sherman
  1133 Avenue of the Americas
  New York, New York 10036
  Telephone: (212) 336-2000
  Fax: (212) 336-2222
  wfcavanaugh@pbwt.com
  rsherman@pbwt.com

LINKLATERS LLP
  Diana M. Conner
  1290 Avenue of the Americas
  New York, New York 10104
  Tel: (212) 903-9315
  diana.conner@linklaters.com

  *Attorneys for Defendants*

SO ORDERED.

[signature]

March 21, 2025