# *ChemImage Corporation v.*

# *Johnson & Johnson and Ethicon, Inc.*

## 24-cv-2646 (JMF)

---

## Plaintiff ChemImage's Closing Argument

### March 28, 2025

# Ethicon's Descent Into Absurdity

**Ethicon Claims:**

**CI proposed target specific ignore labels**

Hansen Aff. ¶ 51; Lewis Aff. ¶ 67;
Tr. 964:14-964:18 (Hannaford)

**Didn't know "dashed" lines meant ignore labels**

Tr. 763:13-763:15 (Hansen); 930:16-930:18 (Lewis)

**No more uncertainty after EL5**

Tr. 929:9-929:16; 935:17-935:25 (Lewis)

**The Record Shows:**

**CC proposed usage of target-specific "uncertainty labels" in 2021**

PX-462

**ETH and CC saw hundreds of dashed lines with ignore labels during video review**

PX-429; PX-867; Tr. 930:19-930:22 (Lewis); 846:3-846:6 (Hansen)

**There is always some uncertainty**

Tr. 758:5-758:7 (Hansen);
948:17-19 (Lewis);
A. Saltman Aff. ¶23

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02849-JMF    Document 195    Filed 03/28/25    Page 3 of 84

# Ethicon's Descent Into Absurdity

**Ethicon Claims:**

**General ignore is okay but target-specific is not**

Hansen Aff. ¶ 51; Lewis Aff. ¶ 67

**Did not know about target specific ignore labels in obscured scenes**

Hansen Aff. ¶ 106; Tr. 737:11-737:14 (Hansen)

**All target specific ignore in obscured scenes had to be approved by DRB**

Tr. 790:12-790:14 (Hansen)

**The Record Shows:**

**General and target-specific are treated the same in scoring**

PX-462

**Dr. Aksoy explains target-specific ignore labels in obscured scene to CC as early as October 5, 2022**

PX-378

**DRB only reviewed 27 files out of 881 files from the VAB Final Report. ETH was sitting on all the data**

Tr. 824:7-824:15 (Hansen); 814:8-13 (Hansen)

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02846-JMF    Document 195    Filed 05/28/25    Page 4 of 84

# Roadmap of the Presentation

| I. | **JSC Milestone Determination** |
|----|--------------------------------|
| II. | Scope of the Termination Letter |
| III. | Ethicon Failed to Prove Breach |
| IV. | Linkage Scenarios |
| V. | Tortious Interference |
| VI. | IP Impairment Damages |

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linkage Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02846-JMF     Document 195     Filed 03/28/25     Page 5 of 84

**Ethicon's Failure to Convene the JSC, Without More, Is an <u>Independent Basis</u> on Which to Grant Judgment to ChemImage for Ethicon's Breach of Contract.**

Case 1:24-cv-02846-JMF    Document 195    Filed 03/28/25    Page 6 of 84

## The Agreement Set the Milestone Requirements



Exhibit B

2.  Development Milestone Payment Schedule and Terms

| No. | Development Milestone Payment Descriptions | Milestone Payment Amount |
|---|---|---|
| 1 | Development Milestone 1A: Successful in vivo Demonstration of CI Visualization System for Critical Structures Identification Functionality | $ 5,000,000 |
| 2 | Development Milestone 1B: Successful in vivo Demonstration with Modified JNJ Visualization System for Critical Structures Identification Functionality | $ 2,500,000 |
| 3 | Development Milestone 1C: EndoVere Critical Structures Identification Functionality Visualization Chartering Approval | $ 2,500,000 |
| 4 | Development Milestone 2A: Successful in vivo Demonstration of CI Visualization System for Cancer Localization Functionality | $ 8,000,000 |
| 5 | Development Milestone 2B: Successful in vivo Demonstration with Modified JNJ Visualization System for Cancer Localization Functionality | $ 2,500,000 |
| 6 | Development Milestone 2C: EndoVere Cancer Localization Functionality Visualization Chartering Approval | $ 2,500,000 |
| | Total | $23,000,000 |

b. The approval criteria for each Development Milestone is identified in Exhibit B-1 to this Agreement.

12/27/19 Definitive Agreement (PX-1)

PX-1 at 55-56

6

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02846-JMF    Document 195    Filed 03/28/25    Page 7 of 84

# The Agreement Outlines the Milestone Acceptance Criteria

## Exhibit B-1

## DEVELOPMENT MILESTONE ACCEPTANCE CRITERIA

1. **Preamble**
The intent of this Exhibit is to address approval criteria related to milestones 1a, 1b, 1c, 2a, 2b, and 2c. These Development Milestones (Exhibit B, Section 2) are grouped into three Milestones related to Critical Structure Identification Functionality and another three milestones related to Cancer Localization Functionality. Each of the groups of three consist of Milestones: a.) - successful in-vivo demonstration using CI visualization system), Milestone; b.) – successful in-vivo demonstration using prototype J&J/Ethicon visualization system, and Milestone; and c.) – charter approval.

The intent of this Exhibit is to further provide detailed approval criteria for each Development Milestone, as a set of clear guidelines, expectations, method and tools definitions and otherwise quantify criteria of success.

As laid out in the sections below, the Exhibit will address each Milestone separately, while common and related items are listed here as a part of the preamble. The Deliverable must meet all Functional Success Criteria and Technical Detection Success Criteria in order for the applicable development Milestone to be met.

PX-1 (Definitive Agreement) at 58, 59

Definitive Agreement (PX-1)

3. **Milestone 1b** – Successful in-vivo demonstration with a prototype J&J/Ethicon Visualization System of Critical Structure Identification Functionality.

**Milestone Description**: Integrate the CI technology into a prototype J&J Visualization system and use the resulting system to demonstrate real-time in-vivo detection of critical structures when buried in up to 5mm of tissue and characterize the system's ability to detect up to 10mm. At the end of this milestone, a demonstration of the detection capabilities outlined below will be held at Ethicon, for the core team. A report will be delivered outlining how the technology successfully achieved the Milestone.

**Functional Success Criteria:**

**Successful Detection** (On a scene by scene basis within the final testing protocol):
- Sensitivity ≥ 80%
- Specificity ≥ 80%
- Area Under the ROC Curve (AUC) ≥ 0.80
- Characterize opportunities and tradeoffs for higher sensitivity and specificity

PX-1 (Definitive Agreement) at 62

7

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 05/28/25    Page 8 of 84

## The Agreement Delegated Authority Exclusively to the JSC to Determine Whether the Milestones Were Met



Definitive Agreement (PX-1)

**2.4.** <u>Joint Steering Committee</u>.

2.4.1 **Composition and Purposes.** CI and Company will establish a Joint Steering Committee (the "<u>JSC</u>") which will consist of two CI members and two Company members, each of whom shall be senior employees authorized to make the decisions for its respective Party allocated to the JSC set forth immediately below. The JSC shall only be responsible for the following:

(a) to adjust the Development Timeline, Milestones and the Launch Deadline, as necessary in its sole discretion, to further the goals of the Development Program;

(b) to determine whether the Milestones specified in <u>Exhibit B</u> have been met;

PX-1 (Definitive Agreement) at 15-16

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02846-JMF    Document 195    Filed 03/28/25    Page 9 of 84

# JSC Decisions Had to Be <u>Unanimous</u>



Definitive Agreement (PX-1)

2.4.3    **Voting and Deadlocks.**  The CI members shall collectively have one (1) vote on the JSC, and the Company members shall collectively have one (1) vote on the JSC. Decisions of the JSC shall be made by unanimous vote.

PX-1 (Definitive Agreement) at 17

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 04/29/25    Page 10 of 84

## Ethicon JSC Member, Paul Ritchie, Admits That Ethicon Could Not Unilaterally Determine Milestones



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHEMIMAGE CORP.,

        Plaintiff,

-vs-                    CASE NO. 1:24-CV-2646

JOHNSON & JOHNSON, et al.,

        Defendants.

    Deposition of PAUL G. RITCHIE, a witness herein, taken by the Plaintiff as upon Cross-Examination and pursuant to the Federal Rules of Civil Procedure and Notice at the offices of Frost Brown Todd, LLC, 3300 Great American Tower, 301 East Fourth Street, Cincinnati, Ohio, on October 15, 2024 at 9:00 a.m., before Jennifer K. Starner, RPR, a Notary Public within and for the State of Ohio.

10/15/24 Deposition of Paul Ritchie

**"[N]either party could unilaterally determine whether a Milestone was met."**

Ritchie Dep. Tr. 41:23-42:17



**Paul Ritchie**
*Director of Advanced Visualization, Ethicon (Ret.) & Project Erie JSC Member*

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 11 of 84

# Ethicon's Absurd Argument:  JSC Immediately Ceded Its Power to Ethicon



**Tamara Lanier**

*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

"**At the initial kickoff meeting** on January 29 and 30, 2020, the parties specified the process for this approval and clarified that for development milestones 1A, 1B, 2A, and 2B, ChemImage would present a report to **Ethicon**, who **would determine whether the report demonstrated that the milestone criteria had been satisfied**."

Lanier Aff. (PX-1018) ¶58.

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/26/25    Page 12 of 84

## Ethicon's Absurd Argument:  JSC Immediately Ceded Its Power to Ethicon



1/29/20 – 1/30/20 Erie Program Kickoff Meeting (DX-301)

DX-301 at 213

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 13 of 84

## The Parties Never Amended the Agreement to Replace the JSC With Ethicon



Definitive Agreement (PX-1)

> 12.14.    <u>Entire Agreement</u>. This Agreement constitutes and contains the complete and final understanding and agreement of the Parties and cancels and supersedes any and all prior negotiations, correspondence, understandings and agreements, whether oral or written, between the Parties relating to the matters referred to herein, and may only be amended by a written document, duly executed on behalf of the respective Parties.

PX-1 at 48

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 14 of 84

# Ethicon's JSC Member Admits:  The JSC Met and Approved Milestone 1A



**Paul Ritchie**
*Director of Advanced Visualization, Ethicon (Ret.) & Project Erie JSC Member*

**Q.  And Milestone 1a was submitted to the JSC for approval, right?**

**A.  That's correct.**

Q.  And the JSC approved Milestone 1a?

**A.  Ultimately, yes**, with some caveats.

Q.  So yeah.  Just want to summarize and then we'll go back. **So with respect to Milestone 1a, the JSC agreed to a milestone acceptance criteria, ChemImage submitted final and draft reports.  Then those reports were reviewed by Cambridge and Ethicon.  And then Milestone 1a was approved by the JSC.  Do I have that right**?

**A.  Those are the steps that I recall taking place.**  There was -- after the review by the JSC and before the final approval, there were other discussions about some of the perceived shortcomings of that work.

Q.  Okay.

**A.  So there's just a step in there that you skipped, but other than that, I think it's correct.**

Ritchie Dep. Tr. 63:20-64:17

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 15 of 84

# The JSC Convened to Review & Approve Milestone 1A



10/30/20 JSC Meeting Minutes
(PX-118)



**JSC Meeting 10 - Meeting Minutes**

| Subject | Erie Program Joint Steering Committee (JSC) Meeting | Date | Fri 30-October-2020 |
|---------|------|------|------|
| Location | Highfive | Time | 12:00PM to 12:18 PM |
| Attendees | Ethicon – Tamara Lanier, Sarah Moore, Emir Osmanagic, Paul Ritchie (Ethicon Program Coordinator) ChemImage – John Belechak, Michael Steich, Patrick Treado (CI Program Coordinator, Chair) | | |

| 1 | Ethicon Review of M1A Results | • | Paul Ritchie provided an overview of M1A: |
|---|---|---|---|

- Overall, progress has been made as part of Milestone 1A. The team has identified areas of concern coming out of the M1A report. The objective of sharing these learnings is to ensure that we can address them in Milestone 1B and the joint team will be successful.
- Performance:
  - Limited evidence against depth of detection (characterize detection capabilities at 5-10mm) and performance degradation with obscurations starting at ~2-4 mm.
  - Limited evidence against simultaneous multi-target detection and discrimination
  - Shortcomings of object-based performance were highlighted by differing perceptions of the technology as evidenced by pixel based vs. object-based scoring
  - PPV performance raised concerns especially when full dataset was included and under obscuration
- Data Practices
  - Data selection criteria was overly constrained
  - Sampling 19 out of the total 240 data population is ~8% of total data. Additionally, choosing only ~10% of video frames constitutes roughly ~1% of total available data.
  - Performance presented for milestone acceptance was achieved by selecting the best performing recipes for each target
- Paul Ritchie stated that M1A will be moved forward for payment, and concerns from M1A would be jointly addressed in M1B
- Patrick Treado agreed on behalf of ChemImage

PX-118 at 3

15

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 16 of 84

## Ethicon's JSC Member Admits:  The JSC Met and Approved Perfusion



**Paul Ritchie**
*Director of Advanced Visualization, Ethicon (Ret.) & Project Erie JSC Member*

Q.  You were part of the Ethicon team that evaluated whether Milestone 1A had been satisfied and also evaluated a final report from ChemImage on perfusion?

**A.  That's correct.**

Q.  Okay.  And was it your understanding at the time, doing those reviews, that … to the extent the milestone was not satisfied based on a final report, ChemImage would have an opportunity to do a rework to resolve issues raised by Ethicon?

**A.  Yeah.**

Ritchie Dep. Tr. 67:5-14

Q.  And **after Ethicon had reviewed the perfusion component portion of Milestone 1b**, the JSC -- **there was a meeting at the JSC and the JSC agreed to approve the perfusion component of Milestone 1b**?

**A.  That's correct.**

Tr. 94:4-9 (Ritchie)

**JSC Milestone Determination** | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

# The JSC Convened to Review & Approve the Perfusion Portion of Milestone 1B



**JSC 2022 Meeting 02 - Meeting Minutes**

| Subject | Erie Program Joint Steering Committee (JSC) Meeting 2022 01 | Date | Wednesday 09-Mar-2022 |
|---|---|---|---|
| Location | Highfive, Blue Ash, OH | Time | 3:00PM - 4:00PM |
| Attendees | Ethicon –Francesc Fernandez (Observer), Tamara Lanier, Paul Ritchie (Ethicon Program Coordinator) ChemImage – Carl Denys (Observer), Martin Madden, Patrick Treado (CI Program Coordinator, Chair) | | |

**Agenda Items Discussed**

| No. | Agenda Topic | Highlights |
|---|---|---|
| | **Urgent Business** | |
| 1 | CS M1B Perfusion Approval | • Delivery & Approval Summary: Pat Treado (PT) shared the Perfusion Approval of M1B Perfusion and asked about any resulting implications. • Implications Discussion: Paul Ritchie (PR) & Tamara Lanier (TL) shared it was a Great Win and a 1st Step on a Journey. No immediate implications but Leads the team to Critical Targets for the year. ChemImage is in alighment with this assumption. |

3/9/2022 JSC Meeting Minutes (PX-356)

PX-356 at 8

17

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02848-JMF    Document 195    Filed 03/28/25    Page 18 of 84

## The JSC Convened to Review & Approve the Perfusion Portion of Milestone 1B



JSC has reviewed/approved CS M1B Perfusion Delivery;

Erie Program

| MGPP Category | Milestone | Original DA | New Allocation | Sc1 Value | CI Delivery Date | ETH Approval Date | Payment Date | Modification Rationale |
|---|---|---|---|---|---|---|---|---|
| CS | M1A | $ 5,000,000 | 100% | $ 5,000,000 | 2-Oct-20 | 12-Nov-20 | 20-Nov-20 | Original Scope (Defined in DA); No Modification Needed |
| CS | M1B | $ 2,500,000 | 0% | $ - | | | | |
| CS | M1B Perfusion | $ - | 16.7% | $ 416,667 | 14-Jan-22 | 11-Feb-22 | 30-Apr-22 | JSC has reviewed/approved CS M1B Perfusion Delivery; $ Amount Subject to DA |
| CS | M1B V | $ - | 16.7% | $ 416,667 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CS | M1B A | $ - | 16.7% | $ 416,667 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CS | M1B U | $ - | 16.7% | $ 416,667 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CS | M1B B | $ - | 16.7% | $ 416,667 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CS | M1B N | $ - | 16.7% | $ 416,667 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CS | M1B Priority | $ - | 0.0% | $ 4,000,000 | 16-Nov-22 | 16-Dec-22 | 31-Dec-22 | Align Incentives to M1B Highest EP Priority |
| CS | M1C | $ 2,500,000 | 100% | $ 2,500,000 | 16-Feb-23 | 18-Mar-23 | 23-Mar-23 | Amount Defined in DA |
| CL | M2A | $ 8,000,000 | 0% | $ - | | | | |
| CL | M2A Murine in vivo | $ - | 40% | $ 2,000,000 | 30-Aug-22 | 29-Sep-22 | 4-Oct-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CL | M2A Human ex vivo | $ - | 10% | $ 500,000 | 30-Aug-22 | 29-Sep-22 | 4-Oct-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CL | M2A Porcine ex vivo | $ - | 10% | $ 500,000 | 30-Jun-22 | 30-Jul-22 | 4-Aug-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CL | M2A Porcine in vivo | $ - | 40% | $ 1,000,000 | 16-Nov-22 | 16-Dec-22 | 21-Dec-22 | Delivery Date Subject to Program Schedule; $ Amount Subject to DA |
| CL | M2B | $ 2,500,000 | 100% | $ 2,500,000 | 16-Sep-23 | 16-Oct-23 | 21-Oct-23 | Delivery Date Subject to Program Schedule; $ Amount Defined in DA |
| CL | M2C | $ 2,500,000 | 100% | $ 2,500,000 | 16-Oct-23 | 15-Nov-23 | 20-Nov-23 | Delivery Date Subject to Program Schedule; $ Amount Defined in DA |
| | TOTAL | $ 23,000,000 | | $ 23,000,000 | | | | |

3/9/22 JSC Meeting 2 Presentation (PX-410)

PX-410 at 11

18

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 19 of 84

# Ethicon's Previous Attempts to Override the JSC Were Rebuffed



April 6, 2022

Subject: Erie Team Dynamics – Emir Osmanagic

Dear Francesc:

4/6/22 Ltr from Treado to Fernandez (PX-310)

In the past two years, we have experienced multiple interactions with Dr. Osmanagic that have posed challenges to our team dynamics and interfered with our daily operations, program discipline, and team morale. These interactions have increasingly undermined ChemImage's ability to collaborate effectively and take full advantage of the strong working relationship we otherwise believe exists between our two companies.  We are concerned that the challenging behavior of Dr. Osmanagic may risk the overall success of the program, and we share these incidents with you to avoid these challenges in the future.

* * *

3.  On May 3, 2021, Dr. Osmanagic stated in an email to Mr. Steich that Milestone 1A of the Agreement had not been "fully completed." Both Ethicon and ChemImage had acknowledged the completion and acceptance of Milestone 1A during the JSC meeting of October 30, 2020 (JSC Meeting 10), with Ethicon feedback and summary uploaded to Sharefile on October 29, 2020. Upon receipt of the May 3, 2021 email, Dr. Treado spoke to Mr. Paul Ritchie of Ethicon on May 6, 2021 to address Dr. Osmanagic's comments. On May 6, 2021, Mr. Ritchie confirmed that Milestone 1A had been met in an email to Dr. Treado and stated that he would address the matter with Dr. Osmanagic directly. Dr. Osmanagic then sent an email on June 9, 2021 confirming acceptance of Milestone 1A.  In this incident Dr. Osmanagic provided an incorrect representation of a critical milestone agreement contrary to his supervisor's recognition of the Milestone being met, as Milestone acceptance is the responsibility of the JSC.

PX-310 at 1, 3

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 20 of 84

# The Parties Expected to Convene the JSC to Determine Milestone 1B



6/28/22 JSC Meeting Presentation (DX-304)

DX-304 at 21

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 21 of 84

## The Parties Expected to Convene the JSC to Determine VAB



2/28/23 JSC Meeting Presentation (DX-284)

**Erie Program JSC 2023 Meeting 02**
*Agenda*

**Meeting Objectives**
- Approval of JSC 2023 Meeting 1 Minutes
- VAB Update
- UN Path
- 2023 Annual Marketing Plan
- To review Urgent / Standing / New Business



DX-284 at 4

DX-284 at 2

**Key Decisions Taken**

- Will continue to involve Nancy and Rachel in UN discussions going forward
- Will revise the VAB report after SW issues are fixed

- Mark previous (2022) minutes as "no consensus" to close them out
- Move forward (2023+) with the one-slide summary and review/approve going forward – put them in the body of the email to simplify
  - Will try this method and adjust if it isn't working
- Modify the standing meeting agenda to review, modify, approve the previous meeting's minutes at the beginning of the JSC Meeting

- Key Agenda Items:
  - VAB final report approval
  - Review 2023 annual marketing plan

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 22 of 84

# Ethicon Rebuffed ChemImage's Attempts to Convene the JSC to Review the VAB Final Report



**Dr. Patrick Treado**

*Founder & President, ChemImage & JSC Member, Project Erie*

"Instead of a formal JSC meeting to review the VAB Final Report, Tamara Lanier asked ChemImage to have a shorter "touchpoint" for the February 28, 2023 JSC meeting … although there was a JSC meeting scheduled for March 7, 2023, which was supposed to be the meeting during which the JSC would formally review the VAB Final Report and vote on the milestone, Ethicon declined the meeting invitation."

Treado Aff. (PX-1023) ¶ 69

Q. Okay. Had ChemImage requested a meeting of the JSC?

**A. Yes.**

Q. And how did Ethicon respond to that request?

**A. We had requested a meeting on February 28th, which Ethicon requested be converted to a touch point meeting. And we had at the February 28th meeting scheduled a meeting for the end of March, but there was a meeting that was actually on the calendar for March 7th.**

Q. And what happened with that meeting that had been on the calendar for March 7th?

**A. ChemImage attended the meeting, Ethicon JSC members did not attend.**

Tr. 130:21-131:7 (Treado)

22

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

# Ethicon Avoided Meeting With ChemImage to Discuss the VAB Final Report



**Tamara Lanier**

*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

Q.  Why didn't you participate in the JSC meeting on March 7, 2023?

A.  **Well, [Ethicon] had sent a termination letter on the 6th, and … *if we are terminating the agreement, then there is no need for the JSC itself* to meet because there is nothing to govern.**

Tr. 546:3-9 (Lanier)

**From:** Lanier, Tamara [ETHUS] <TLanier@its.jnj.com>
**Sent:** Monday, February 27, 2023 3:23 PM
**To:** Patrick J. Treado <treado@chemimage.com>; Carl Denys <denysc@chemimage.com>
**Cc:** Michael Steich <steichm@chemimage.com>; Fernandez, Francesc [ETHUS] <FFerna40@ITS.JNJ.com>
**Subject:** Update requested: February 2023 JSC Monthly Meeting

Hi Carl & Pat,

I wanted to reach out regarding tomorrow's JSC meeting to request that we shift the format to a shortened JSC touchpoint vs. our formal Monthly JSC meeting format with slides and presentation content.

Since Francesc and I were both on vacation last week, our initial interactions with the Ethicon team this morning have surfaced multiple questions that should be addressed on a JSC level as soon as possible.  However, at this point, we acknowledge that more time is required to appropriately prepare to engage in the necessary discussions and decision-making.

As such, we recommend that we have a 20-30min JSC touchpoint on Tuesday February 28th and then re-schedule the more comprehensive and formal JSC monthly meeting.

PX-41 at 1

23

Case 1:24-cv-02466-JMF   Document 195   Filed 03/28/25   Page 24 of 84

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages |

## Section 2.4.3(b):  JSC Deadlock Leads to Binding Arbitration



Definitive Agreement (PX-1)

2.4.3    **Voting and Deadlocks.**  The CI members shall collectively have one (1) vote on the JSC, and the Company members shall collectively have one (1) vote on the JSC. Decisions of the JSC shall be made by unanimous vote.

(a)    In the event a deadlock occurs involving a matter that does not require modification of the Development Plan, the JSC shall attempt to resolve such deadlock for a period of thirty (30) days by engaging in good faith discussions.  If such deadlock is not resolved after such thirty (30) day period, then each Party shall have the final decision-making authority with respect to the conduct of specific activities allocated to it under the Development Plan.

(b)    In the event a deadlock occurs with respect to a modification of the Development Plan, the JSC shall attempt to resolve such deadlock for a period of thirty (30) days by engaging in good faith discussions.  In the case of a JSC deadlock after such period, the issue will be escalated to the Head of Digital Surgery of Company and to the Chief Executive Officer of CI for resolution for a period of fifteen (15) days.  If the issue cannot be resolved after such combined forty-five (45) day period, either Party may refer the unresolved matter for binding arbitration pursuant to Section 12.9 of this Agreement.

PX-1 (Definitive Agreement) at 17

JSC Milestone Determination | Scope of the Termination Letter | Ethics: Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 25 of 84

## The Parties Understood That a JSC Deadlock on a Milestone Determination Would Lead to Arbitration



**Dr. Patrick Treado**

*Founder & President, ChemImage; JSC Member*



**Steen Hansen**

*Director, Advanced Visualization Technologies & Project Erie Technical Lead*



"What I want to avoid, Tarik, is a scenario where ChemImage delivers the milestone, in ChemImage's view, clearly documented that ChemImage recommends delivery of the milestone, and <u>then there is this period of time in which ChemImage waits for the shoe to drop</u>. And there is a declaration that, no, because the algorithms are not valid. <u>And we then enter into a dispute, and then</u> <mark>we go to arbitration</mark>. And then, you know, there's an outcome. So, this one to me is about, why would we go forward with an invalid algorithm? Nobody wants that. You don't want it, we don't want it."

Weekly Erie PM Meeting – August 11, 2022 (PX-1063) at 30:49-31:30

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 26 of 84

# The Parties Understood That a JSC Deadlock on a Milestone Determination Would Lead to Arbitration



**Tamara Lanier**

*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

"In the event the JSC reaches an impasse, **the Agreement directs the parties to arbitrate** any resulting dispute."

Lanier Aff. (PX-1018) ¶ 59 (citing DX 1 (Agreement § 12.9))

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 27 of 84

# Section 2.4.3(a):
# The Party With "Final Decision-Making Authority" Could Resolve a JSC Deadlock



Definitive Agreement (PX-1)

2.4.3    **Voting and Deadlocks.** The CI members shall collectively have one (1) vote on the JSC, and the Company members shall collectively have one (1) vote on the JSC. Decisions of the JSC shall be made by unanimous vote.

(a)    In the event a deadlock occurs involving a matter that does not require modification of the Development Plan, the JSC shall attempt to resolve such deadlock for a period of thirty (30) days by engaging in good faith discussions. If such deadlock is not resolved after such thirty (30) day period, then each Party shall have the final decision-making authority with respect to the conduct of specific activities allocated to it under the Development Plan.

(b)    In the event a deadlock occurs with respect to a modification of the Development Plan, the JSC shall attempt to resolve such deadlock for a period of thirty (30) days by engaging in good faith discussions. In the case of a JSC deadlock after such period, the issue will be escalated to the Head of Digital Surgery of Company and to the Chief Executive Officer of CI for resolution for a period of fifteen (15) days. If the issue cannot be resolved after such combined forty-five (45) day period, either Party may refer the unresolved matter for binding arbitration pursuant to Section 12.9 of this Agreement.

PX-1 (Definitive Agreement) at 17

27

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMF    Document 195    Filed 03/28/25    Page 28 of 84

## ChemImage Had "Final Decision-Making Authority" Over Feasibility on M1B



**Tamara Lanier**

*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

" … the Agreement is structured such that ChemImage bears responsibility for technical development, and Ethicon bears responsibility for funding that development work and for commercializing the resulting product …"

Lanier Aff. (PX-1018) ¶ 38

A.    " … ChemImage was responsible for feasibility."

Tr. 558:7(Lanier)



PX-408 at 9

Q.    … Prior to a determination of feasibility, this chart seems to make it look like ChemImage does the bulk of the work and Ethicon relatively less. Is that what's presented here?  And over time that switches, right?

A.    … the ChemImage team is responsible for the feasibility work and taking the lead on that. …

Tr. 558:14-22 (Lanier)

28

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02846-JMF    Document 195    Filed 03/28/25    Page 29 of 84

## Whether Termination Was Inevitable Does Not Excuse Ethicon's Breach

▶ "*When a contract's terms include a procedure for termination, here applicable New York law demands strict compliance with that procedure.*"

*Gen. Supply & Constr. Co. v. Goelet*, 148 N.E. 778, 779 (N.Y. 1925) (Lehman, J.)

▶ "*Even when one party to a contract is in breach, the other party's failure to comply with the contract's notice of termination provisions is itself an actionable breach of contract.*"

*Brueckner v. You Can Beam LLC*, 2021 WL 2158733, at *4 (S.D.N.Y. May 27, 2021) (Rakoff, J.) (emphasis added)

▶ "Sonomed committed a material breach by terminating the Agreement … in contravention of [the contract's] notice period" even if Bausch & Lomb improperly manufactured Sonomed's products.

*Bausch & Lomb Inc. v. Bressler*, 977 F.2d 720, 726-27 (2d Cir. 1992)

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linkage Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02846-JMF    Document 195    Filed 03/29/25    Page 30 of 84

## Whether Termination Was Inevitable Does Not Excuse Ethicon's Breach

▶ "Celgene is likely to succeed in showing that Nimbus's August 13 letter did not terminate the Warrant. ***Nimbus cannot evade the 30-day notice-and-opportunity-to-cure requirement by invoking the general doctrine of futility.*** Under New York law, a terminating party's failure to afford contractually-required notice and cure is excusable as futile only in limited circumstances. Among these are where the non-performing party (1) expressly repudiates the parties' contract or (2) abandons performance thereunder. Celgene never repudiated the Warrant."

*Nimbus Therapeutics, LLC v. Celgene Corp.*, 570 F. Supp. 3d 100, 116 (S.D.N.Y. 2021) (Rakoff, J.) (emphasis added) (cleaned up)

▶ "New York law is also clear that freedom of contract prevails in an arm's length transaction between sophisticated parties such as these, and in the absence of countervailing public policy concerns there is no reason to relieve them of the consequences of their bargain."

*Id.* at 117 (cleaned up)

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 31 of 84

# Roadmap of the Presentation

| I. | JSC Milestone Determination |
|----|------------------------------|
| **II.** | **Scope of the Termination Letter** |
| III. | Ethicon Failed to Prove Breach |
| IV. | Linkage Scenarios |
| V. | Tortious Interference |
| VI. | IP Impairment Damages |

JSC Milestone Determination

**Scope of the Termination Letter**

Ethicon Failed to Prove Breach

Linkage Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 32 of 84

# Ethicon Cannot Now Assert a Basis for Termination That Was Not Asserted In Its March 6, 2023 Termination Letter.

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Lost Profits Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 33 of 84

## Black Letter Law:  Ethicon Is Limited to Its Termination Letter

▶ "Where a contract provides that *a party must fulfill specific conditions" before terminating for cause*, "those conditions are enforced as written and *the party must comply with them*."

> *O'Brien & Gere, Inc. of N. Am. v. G.M. McCrossin, Inc.*, 184 A.D.3d 1804, 1805-06 (4th Dep't 2017);

▶ "[W]ritten notice [and cure] requirements are fully enforceable" under New York law, and their consequence is that "*where no notice was given* … *there can be no breach*," because the allegedly breaching party "was not afforded the opportunity to cure."

> *USI Ins. Servs. LLC v. Miner*, 801 F. Supp. 2d 175, 181 (S.D.N.Y. 2011) (Preska, J.)

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 34 of 84

Limited Scenarios

Tortious Interference

IP Impairment Damages

## Black Letter Law: Ethicon Is Limited to Its Termination Letter

▶ "[C]ontractually-required **notices** of breach **must provide sufficient information** for the noticed party **to determine what steps were necessary to cure** the alleged breaches."

*In re 4Kids Ent., Inc.*, 463 B.R. 610, 682 (Bankr. S.D.N.Y. 2011)

▶ "[Defendants] cannot rely on alleged breaches not included in its Termination Letter to support its attempt to terminate the [Agreement] … . [Defendant] alleged **additional breaches not mentioned in the Termination Letter**, but the Court finds such breaches cannot support termination because the evidence at trial did not show [Defendant] gave [Plaintiff] written notice of such alleged breaches."

*In re Ingenu, Inc.*, 2024 WL 3634243, (Bankr. S.D. Cal. Feb. 13, 2024)

| JSC Milestone Determination | **Scope of the Termination Letter** | Ethicon Failed to Prove Breach | Limiting Scenarios | Tortious Interference | IP Impairment Damages |

# Ethicon Cannot Invent New Bases For ChemImage's Purported Breach



3/6/23 Termination Letter (PX-3)

[1] "uncertainty with respect to negative controls,"

[2] "use of omnipresent ignore labels,"

[3] "data discrepancies between a preliminary report and the final report"

Pursuant to Section 10.3.2... Agreement between Ethicon, In... December 27, 2019 (the "Agreement")... Ethicon is hereby providing notice to CI via this letter of its intent to terminate the Agre... which constitutes a Material Br... for a subset of the critical struct... part of Milestone 1B in the Agreement, is not evaluable. In fact, several errors and flaws in collecting and processing data were identified upon review of the final report. Specifically, uncertainty with respect to negative controls, use of omnipresent ignore labels, and data discrepancies between a preliminary report and the final report, amongst others have been identified. With respect to ignore labels, the process of using such labels was done contrary to the process proposed and agreed upon in data review board meetings and without review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

PX-3 at 2

35

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 36 of 84

# Ethicon Now Claims That ChemImage Was Required to Independently Meet the Performance Metrics for Chole & LAR



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q. And what was your understanding of what ChemImage was required to demonstrate in order to pass the VAB portion of milestone 1B?

A. **Well, in continuation of the underlying agreement, it needed to be in a clinically relevant procedure within laparoscopies. So that's called an LAR and cholecystectomy, which are both abdominal procedures. And then it needed to be demonstrated within those sensitivity and specificity at 80 percent, and importantly up to 5 millimeters of obscuration, and by that means in a stratified manner …**

Tr. 727:20-728:6 (Hansen)

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 37 of 84

# The Parties Never Agreed to Evaluate Chole & LAR Data in Isolation



| | | Erie Program CS M1B VAB Acceptance Protocol Reflecting VAB Performance Requirements (2-Dec-2022) |
|---|---|---|
| **Technology** | Detection Performance Metrics | • **Demonstrate:** <br>  • Critical Structure Targets: Veins, Arteries, Bile Duct - Mean of Sensitivity, Mean of Specificity, Mean of AUC ≥ 80% AND Mean PPV, Mean NPV ≥ Thresholds Determined by Prevalence @ 80% Sensitivity & Specificity <br>  • Multi-Target: Mean of Sensitivity, Mean of specificity, Mean of AUC ≥ 80% AND Mean PPV, Mean NPV ≥ Thresholds Determined by Prevalence @ 80% Sensitivity & Specificity <br>  • Obscuration: 0 – 5 mm natural <br>  • Working Distance: VA: 50 mm; B: 80 mm <br>  • Angle: 0° (Normal Incidence) <br>• **Characterize** <br>  • Multi-Target: Arteries + Veins, Bile Duct + Artery <br>  • Metrics: IOU, in relation to prevalence <br>  • Obscuration: > 5 – 10 mm natural obscurations <br>  • Working Distance: VA: 80 mm <br>  • Angle: ≥ 30° <br>  • Video reviews: of Representative Videos (Clinical Evaluation Scale 1 to 5 vote, Chemimage, Ethicon, 3rd party - CCi) <br>  • Scope Movement: VAB detection with handheld trocar (port constrained) & robotic movement <br>  • Negative Control Scenes: Show additional 10% (of total demonstrated N) to detection scenes (e.g. Bile Duct in Neck scene) <br>• **Notes:** <br>  • Detection Dashboard: Results to be presented stratified per critical structure, multi-target combination, procedure, obscuration level, target diameter > 1mm and EL8 vs. EL5/6/7. <br>  • Characterize ability and tradeoffs for higher sensitivity or specificity |
| | Biostatistics | • Data to be presented in a statistical manner across full data set (Documented & Consistent Case Configuration Settings) and consulted with Ethicon Biostatistician <br>• Statistical analysis to be run on all collected data sets except where data must be excluded (Data Exclusion and Inclusion to be aligned on jointly) |
| | Technology | • Pixel based analysis <br>• Post-processed statistical summary <br>• Scoring and all reported metrics must be based on the real-time embedded pipeline with no additional processing of the embedded results outside of sensitivity setting optimization evaluation <br>• Near real-time (min 2fps) demonstration in Run Lab & Surgeon VOC with detection and overlay. Characterize ability and tradeoffs to achieve real-time (>10 fps) <br>• Must allow user to operate under RGB light (or white light) while also detecting the critical structures using the Erie technology <br>• VAB detection recipes must be mutually independent and not overlap with perfusion <br>• Detection recipes/algorithms must be specific to families of structures not individual scenes i.e., Artery detection, Vein detection, Bile Duct Detection <br>• No target labeling-based calibration allowed, should be built into algorithms <br>• Allowed to auto expose calibration between targets/locations/scenes <br>• Allowed to adjust Sensitivity Control prior to Near Real-Time demonstrations <br>• Max 10 WLs but ≤ 5 an Objective (Nice to Have) Requirement. Characterize ability and tradeoffs to minimize wavelengths as a function of performance <br>• Deep learning algorithm review and analysis (exclusion criteria, ignore label criteria, temporal persistence, saliency maps or intelligible AI prior to 15 Jan 2023 ) |
| **Program** | Preclinical Model | • Animal Model: Porcine model LAR and Chole relevant scenes as best demonstrated in animal model. <br>• Critical Structure Targets: Veins; Arteries; Bile Duct <br>• Procedural Workflows: Cholecystectomy and Lower Anterior Resection (LAR) <br>• Muti-Targets: Arteries + Veins, Bile Duct + Artery <br>• Obscurations: Natural obscurations found and measured via ultrasound in porcine model (no CAFCO) |
| | Lap Characteristics | • Scope Working Distance: Demonstrate 50 mm for VA, 80 mm for B; Characterize 80 mm for VA <br>• Scope Working Angles: Demonstrate 0°, Characterize ± 30° <br>• Scope Movement: Characterize handheld trocar and robotic scope movement |
| | Internal Feedback & External VOC | Internal Feedback and External VOC Goals: <br>• Receive feedback on ability to detect and differentiate between Veins, Arteries and Bile duct. <br>• Receive feedback on ability to aid in LAR procedural workflow by helping surgeons identify arteries specifically the IMA and IMA/Aorta junction, and the IMV specifically <br>• Receive feedback on ability to aid in Chole procedural workflow by helping surgeons identify the artery specifically the cystic artery, and bile duct. including the biliary tree: cystic, hepatic, common bile duct. <br>• Both LAR and Chole clinical scenes are to be demonstrated/characterized at full obscuration. <br>• Receive feedback on technical assessment of Erie Technology <br>Internal Feedback Participants: 2 CI surgeons, Ethicon JSC Members + invited Ethicon Leadership observe detections and provide feedback in EL8 at VIP Leadership demo <br>External VOC Participants: Up to 8 external: Colorectal (4) and General surgeons (4) who actively perform colorectal resections and cholecystectomies either laparoscopically or robotically. |
| | Reviews | • VOC Feedback <br>• JSC Review <br>• Internal Ethicon Working and Leadership Review <br>• External 3rd Party Review |

PX-768 (VAB Final Report) at 17

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Limited Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMP    Document 195    Filed 03/29/25    Page 38 of 84

# ChemImage Only Needed to Meet the Demonstrate Metrics for <u>All Collected Data</u>





**Erie Program**
CS VAB Final Report
*Rev 20 Release*

**ETHICON**

## Erie Program CS M1B VAB Acceptance Protocol Reflecting VAB Performance Requirements (2-Dec-2022)

**Detection Performance Metrics**

- **Demonstrate:**
  - <u>Critical Structure Targets</u>: Veins, Arteries, Bile Duct - Mean of Sensitivity, Mean of Specificity, Mean of AUC ≥ 80% AND Mean PPV, Mean NPV ≥ Thresholds Determined by Prevalence @ 80% Sensitivity & Specificity
  - <u>Multi-Target:</u> Mean of Sensitivity, Mean of specificity, Mean of AUC ≥ 80% AND Mean PPV, Mean NPV ≥ Thresholds Determined by Prevalence @ 80% Sensitivity & Specificity
  - <u>Obscuration</u>: 0 – 5 mm natural
  - <u>Working Distance</u>: VA: 50 mm; B: 80 mm
  - <u>Angle</u>: $0^o$ (Normal Incidence)

PX-768 (VAB Final Report) at 17

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 39 of 84

# ChemImage Only Needed to Characterize Data Without Meeting Specified Metrics





**Erie Program CS M1B VAB Acceptance Protocol Reflecting VAB Performance Requirements (2-Dec-2022)**

Detection Performance Metrics

- **Characterize**
  - <u>Multi-Target:</u> Arteries + Veins, Bile Duct + Artery
  - <u>Metrics:</u> IOU, in relation to prevalence
  - <u>Obscuration:</u> > 5 – 10 mm natural obscurations
  - <u>Working Distance:</u> VA: 80 mm
  - <u>Angle</u>: ± 30°
  - <u>Video reviews:</u> of Representative Videos (Clinical Evaluation Scale 1 to 5 vote, ChemImage, Ethicon, 3rd party - CC)
  - <u>Scope Movement</u>: VAB detection with handheld trocar (port constrained) & robotic movement
  - <u>Negative Control Scenes</u>: Show additional 10% (of total demonstrated N) to detection scenes (e.g., Bile Duct in Neck scene)

PX-768 (VAB Final Report) at 17

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMF    Document 195    Filed 03/19/25    Page 40 of 84

## Data Set Not Limited to Chole & LAR





**Erie Program CS M1B VAB Acceptance Protocol Reflecting VAB Performance Requirements (2-Dec-2022)**

| Biostatistics | • Data to be presented in a statistical manner <u>across full data set</u> (Documented & Consistent Case Configuration Settings) and consulted with Ethicon Biostatistician<br>• Statistical analysis to be run on <u>all collected data</u> sets except where data must be excluded (<u>Data Exclusion and Inclusion to be aligned on jointly</u>) |
| --- | --- |

PX-768 (VAB Final Report) at 17

40

# The Inclusion and Exclusion Criteria Were Unchanged From the VAB Q3 Interim Report



**CS VAB Q3 Interim Report**
*Acceptance Protocol Inclusion Criteria*

- All CS M1B VAB collected run files for purpose of Milestone demonstration during EL5-EL8 not excluded by Exclusion Criteria that satisfy Consistent Case Configuration
- Obscured and unobscured CS Targets (VAB)
- Standard working distances:
  - Vein, Artery: 50 mm
  - Bile Duct: 80 mm

PX-780 at 24

9/30/22 VAB Q3 Interim Report (PX-780)

**CS VAB Q3 Interim Report**
*Acceptance Protocol Exclusion Criteria*

| No. | Exclusion Category | Criteria for Exclusion |
|---|---|---|
| 1 | Saturation | • > 15 x 15 pixel saturation area directly on a target<br>• > 30 x 30 pixel saturation area in the background<br>• Does not include glare unless glare covers more than 50% of the target |
| 2 | Low Signal | • Less than 30 counts on average in center of image |
| 3 | Excessive Motion / Poor Image Alignment | • Motion compensated images are > 10 pixel out of alignment in the x and/or y direction |
| 4 | Obscured or Bad Fields of View | • Tools or other surgical implements block more than 50% of the FOV<br>• Dirty or foggy endoscope camera<br>• Large pools of blood |
| 5 | Software and Hardware Bugs | • Banding or mixed laser frames<br>• Missing image frames<br>• Laser not firing<br>• Other odd behaviors |
| 6 | Operator Error | • Examples:<br>  • Collect runfile with storz light on<br>  • Collect runfiles with wrong settings<br>  • Collect runfile before FOV is prepped by surgeon |
| 7 | Low confidence ground truth | • Confidence ranking of 2 or lower |
| 8 | Duplicate run files of the same scene | • Redundant & Do not contribute to Statistical Manner evaluation |
| 9 | Excursion data not otherwise included | • Examples: MIS, gallstones, carcass, autogain excursion, gradient study, ICG run files, mapping, methylene blue study, use of stent, intended motion, working distance excursions |

PX-780 at 23

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Unlikely Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 42 of 84

## If Ethicon Wanted Different Performance Metrics, They Should Have Negotiated Before the Acceptance Protocol Was Finalized



9/30/22 VAB Q3 Interim Report (PX-780)

### CS VAB Q3 Interim Report
#### Summary & Impact on Critical Structures

- Q3 VAB Interim Report Summary & Next Steps
  - VAB Interim results suggest path to M1B VAB milestone acceptance based on <u>demonstrate data performance</u> meeting criteria defined in current acceptance protocol
  - Characterize data presented as defined in acceptance protocol
  - Preferred configuration currently recommended to be E2 configuration
    - Final Decision will be confirmed following EL 7.5
- Path to CS M1B VAB Final Report
  - Proceed to EL 7.5 to prepare for successful VOC practice in EL 8 and demonstration at EL 9
  - Final report will follow similar approach to interim report in terms of content structure and level of detail
    - Updates from EL 7.5, 8 & 9 will be included as needed
    - Inputs from video evaluations will be incorporated into final report
- Impact on Nerve and Ureter
  - Priority in Q2, Q3 & Q4 shifted to VAB resulting in nerve and ureter data collection occurring infrequently or when present in VAB scenes
  - Focus of algorithm and recipe refinement was VAB targets
  - Frequency of nerve and ureter collections can increase in 2023 studies if consistent with goals of Erie program

PX-780 at 103

**On Dec. 2, 2022, the VAB Acceptance Protocol Is Finalized After Months of Negotiation**

# VAB Final Report Acceptance Protocol *Inclusion* and *Exclusion* Criteria Do Not Limit Data to Chole and LAR

- **All CS M1B VAB collected run files for purpose of Milestone demonstration during EL5-EL8 not excluded by Exclusion Criteria that satisfy Consistent Case Configuration**
- **Obscured and unobscured CS Targets (VAB)**

**CS VAB Final Report**
*Acceptance Protocol Inclusion Criteria*

- All CS M1B VAB collected run files for purpose of Milestone demonstration during EL5-EL8 not excluded by Exclusion Criteria that satisfy Consistent Case Configuration
- Obscured and unobscured CS Targets (VAB)
- Standard working distances:
  - Vein, Artery: 50 mm
  - Bile Duct: 80 mm

ChemImage

Shona Stewart (sstewart@chemimage.com)
Aaron Smith (smitha@chemimage.com)
Alyssa Zrimsek (zrimseka@chemimage.com)
Sidney Coombs (coombss@chemimage.com)
Heather Gomer (gomerh@chemimage.com)

PX-768 at 31

PX-768 (VAB Final Report)

**CS VAB Final Report**
*Acceptance Protocol Exclusion Criteria*

| No. | Exclusion Category | Criteria for Exclusion | N in EL5-EL7.5, EL8 Lab 1&2 |
|---|---|---|---|
| 1 | Saturation | • > 15 x 15 pixel saturation area directly on a target<br>• > 30 x 30 pixel saturation area in the background<br>• Does not include glare unless glare covers more than 50% of the target | 143 files (16%) |
| 2 | Low Signal | • Less than 30 counts on average in center of image | 1 file (<1%) |
| 3 | Excessive Motion / Poor Image Alignment | • Motion compensated images are > 10 pixel out of alignment in the x and/or y direction | NA |
| 4 | Obscured or Bad Fields of View | • Tools or other surgical implements block more than 50% of the FOV<br>• Dirty or foggy endoscope camera<br>• Large pools of blood | 9 files (1%)<br>FOV not aligned before collection or better FOV acquired in subsequent re-acquisition |
| 5 | Software and Hardware Bugs | • Banding or mixed laser frames<br>• Missing image frames<br>• Laser not firing<br>• Other odd behaviors | NA |
| 6 | Operator Error | Examples:<br>• Collect runfile with Storz light on<br>• Collect runfiles with wrong settings | 1 file (<1%) |
| 7 | Low confidence ground truth | • Confidence ranking of 2 or lower | 15 files (2%)<br>2 FOVs in EL5: Urt w/ GT score 2, Ilio Nerve w/ GT score 2<br>11 gastroepiploic artery files in EL7.5 with unresolvable GT |
| 8 | Duplicate run files of the same scene | • Redundant & Do not contribute to Statistical Manner evaluation | 97 files (11%) |
| 9 | Excursion data not otherwise included | • Examples: MIS, gallstones, carcass, autogain excursion, gradient study, ICG run files, mapping, methylene blue study, use of stent, intended motion, working distance excursions | Excursions (gallstone, carcass, working distance, methylene blue, PLL) = 41 files (5%)<br>Motion/Angle (may be included in Characterize) = 106 files (12%) |

Note: Files may fall into multiple categories (example: motion file + non-evaluable due to saturation)    Updated 11/21/22

PX-768 at 30

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 44 of 84

# The Parties Agreed on What the Acceptance Protocol's Detection Requirements Meant



**Dr. Patrick Treado**

*Founder & President, ChemImage & JSC Member, Project Erie*

> Q.  Okay. Were [the 80 percent thresholds in the heading Detection Performance Metrics, under the subheading Demonstrate] required to be shown for specific potential surgical procedures such as an LAR or I think it's CYC, cholecystectomy?
>
> A.  **No.**
>
> Tr. 133:17-20 (Treado)



**Tamara Lanier**

*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

> Q.  You've never taken the position that ChemImage failed to satisfy the metrics for Milestone 1B because they didn't show 80 percent for those two specific procedures, true?
>
> A.  **Correct.  We took a different position.**
>
> Tr. 573:16-573:19 (Lanier)

44

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 45 of 84

# Dr. Hansen Admits That Ethicon Never Claimed That ChemImage Failed Because It Did Not Show 80% for LAR & Chole Data Only



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q. Does it say, for example, that it didn't achieve 80 percent sensitivity or 80 percent specificity?

**A. No.**

Q. Am I right, sir, that there's no study or analysis or data that Ethicon ever delivered to ChemImage showing that the Project Erie study failed to meet these performance criteria at an 80 percent level for sensitivity or specificity?

**A. No.**

Q. No, meaning that no such report was ever delivered, true?

**A. In terms of the 80/80?**

Q. Yes.

**A. No.**

Tr. 749:1-12 (Hansen)

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Unknown Scenarios | Tortious Interference | IP Impairment Damages |

# Ethicon Never Claimed That ChemImage Breached for Failing to Show Chole & LAR Data



## CS VAB Final Report
### Detection Performance: Clinical Procedures – EL5 – EL8

| Structure | Target | Obscuration | E1 Sens | E1 Spec | E1 PPV | E1 NPV | E1 N | E2 Sens | E2 Spec | E2 PPV | E2 NPV | E2 N |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cholecystectomy | Cystic Artery | 0 (Unobscured) | 99.6± 0.9 | 88.2± 6.2 | 14.1± 9.8 | 100.0± 0.0 | 16 | 99.5± 1.3 | 87.0± 4.3 | 13.4±10.0 | 100.0± 0.0 | 12 |
| | | >0 – 1 | 91.9 | 92.8 | 26.0 | 99.8 | 1 | 91.9 | 92.6 | 23.7 | 99.8 | 1 |
| | | >1 – 2.5 | 95.1± 5.0 | 90.1± 1.0 | 17.0± 8.2 | 99.9± 0.1 | 6 | 92.5±14.2 | 90.3± 3.7 | 19.0±13.1 | 99.5± 1.1 | 7 |
| | | >2.5 – 5 | 99.9± 0.3 | 89.6± 4.6 | 12.8±12.1 | 100.0± 0.0 | 6 | 100.0± 0.0 | 88.4± 4.2 | 10.8±13.5 | 100.0± 0.0 | 2 |
| | | >5 -7.5 | - | - | - | - | 0 | - | - | - | - | 0 |
| | | >7.5 – 10 | - | - | - | - | 0 | - | - | - | - | 0 |
| | Bile Duct | 0 (Unobscured) | 94.1±11.1 | 86.8± 6.5 | 29.8±20.8 | 99.6± 0.6 | 14 | 97.2± 5.8 | 86.6± 6.8 | 37.3±19.3 | 99.7± 0.6 | 13 |
| | | >0 – 1 | | | | | 0 | | | | | 0 |
| | | >1 – 2.5 | 92.6± 6.3 | 91.8± 4.1 | 72.4±12.0 | 98.1± 1.3 | 10 | 90.4± 8.7 | 92.0± 4.9 | 73.1±14.7 | 97.7± 1.7 | 8 |
| | | >2.5 – 5 | 90.5± 9.1 | 97.1± 2.7 | 86.2±13.8 | 97.3± 3.8 | 4 | 87.2±15.7 | 91.0± 5.0 | 68.8±10.3 | 96.7± 4.6 | 3 |
| | | >5 -7.5 | - | - | - | - | 0 | - | - | - | - | 0 |
| | | >7.5 – 10 | - | - | - | - | 0 | - | - | - | - | 0 |
| LAR | Artery | 0 (Unobscured) | 83.7±30.0 | 82.9±10.9 | 31.3±20.4 | 96.0± 7.8 | 15 | 88.1±14.2 | 86.2±10.6 | 41.9±11.0 | 98.2± 2.4 | 10 |
| | | >0 – 1 | 80.0±31.5 | 89.5± 4.6 | 44.7±14.4 | 95.8± 7.1 | 3 | 67.7±55.8 | 90.8± 5.3 | 22.4±17.9 | 95.8± 7.2 | 3 |
| | | >1 – 2.5 | 65.3±27.9 | 90.3± 4.3 | 45.4±22.2 | 92.7± 7.1 | 8 | 73.5±25.6 | 91.7± 6.7 | 44.6±26.1 | 97.5± 3.7 | 8 |
| | | >2.5 – 5 | 99.9 | 64.3 | 15.5 | 100.0 | 1 | 86.7 | 91.6 | 46.7 | 98.8 | 1 |
| | | >5 -7.5 | - | - | - | - | 0 | - | - | - | - | 0 |
| | | >7.5 – 10 | - | - | - | - | 0 | - | - | - | - | 0 |
| | Vein | 0 (Unobscured) | 84.8±25.8 | 89.0± 5.7 | 22.0±10.2 | 99.3± 1.5 | 12 | 85.4±28.3 | 92.8± 4.0 | 30.0±15.4 | 99.3± 1.3 | 8 |
| | | >0 – 1 | 53.1±34.7 | 95.9± 2.3 | 54.1±19.8 | 93.3± 6.3 | 4 | 62.6±40.5 | 95.7± 2.5 | 46.0±18.2 | 94.6± 6.4 | 6 |
| | | >1 – 2.5 | 77.5±32.5 | 89.3± 8.4 | 43.0±18.4 | 95.4± 9.0 | 5 | 88.1±26.1 | 92.4± 5.5 | 48.3±24.3 | 97.1± 6.5 | 5 |
| | | >2.5 – 5 | 19.2 | 85.4 | 17.6 | 86.7 | 1 | 83.9 | 82.5 | 18.3 | 99.1 | 1 |
| | | >5 -7.5 | - | - | - | - | 0 | - | - | - | - | 0 |
| | | >7.5 – 10 | - | - | - | - | 0 | - | - | - | - | 0 |

PX-768 at 15

46

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Liquidated Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF    Document 195    Filed 03/29/25    Page 47 of 84

# Ethicon Knew the Chole & LAR Sample Sizes Before the Final Report Was Submitted

**VAB Q3 Interim Report**

| Procedure | Structure | | Sens | Spec | E1 N | E2 N |
|---|---|---|---|---|---|---|
| Cholecystectomy | Cystic Artery | 1st | 99.9 ± 0.0 | 85.4 ± 5.1 | 7 | 5 |
| | | 2nd | 99.9 ± 0.0 | 91.2 ± 3.3 | 5 | 2 |
| | | 3rd | - | - | 0 | 0 |
| | Bile Duct | 1st | 88.1 ± 11.7 | 90.6 ± 5.6 | 4 | 6 |
| | | 2nd | 92.1 ± 5.8 | 95.0 ± 4.4 | 8 | 5 |
| | | 3rd | - | - | 0 | 0 |
| LAR | Artery | 1st | 80.8 ± 31.1 | 87.1 ± 6.8 | 5 | 4 |
| | | 2nd | 86.1 ± 12.9 | 93.8 ± 2.9 | 5 | 1 |
| | | 3rd | - | - | 0 | 0 |
| | Vein | 1st | 89.8 ± 14.1 | 93.6 ± 5.1 | 5 | 4 |
| | | 2nd | 90.2 ± 8.9 | 96.1 ± 1.3 | 5 | 2 |
| | | 3rd | - | - | | |

PX-780 at 15

# Ethicon Knew and Was Involved in Project Erie's Data Collection



PX-26 at 30

PX-26 at 32

10/21/22 EL8 TRR (PX-26)

48

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMP    Document 195    Filed 03/29/25    Page 49 of 84

# By September 2022, Ethicon Knew How Much Chole and LAR Data ChemImage Had and How Much More It Could Collect



PX-780 at 15

PX-768 at 15

JSC Milestone Determination | Scope of Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02886-JMF    Document 195    Filed 03/29/25    Page 50 of 84

# Roadmap of the Presentation

| I. | JSC Milestone Determination |
|----|----|
| II. | Scope of the Termination Letter |
| III. | **Ethicon Failed to Prove Breach** |
| IV. | Linkage Scenarios |
| V. | Tortious Interference |
| VI. | IP Impairment Damages |

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Litigation Scenarios

Tortious Interference

IP Impairment Damages

**Ethicon's Ever-Changing Theories Fail to Show That ChemImage Breached the Agreement By Failing to Meet a Milestone.**

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Litigation Scenarios | Tortuous Interference | IP Impairment Damages

Case 1:24-cv-02428-JMF   Document 195   Filed 03/28/25   Page 52 of 84

# Ethicon Did Not Claim ChemImage Fell Below Milestone 1B Performance Metrics: It Claimed the VAB Report Was "Not Evaluable"



3/6/23 Termination Letter (PX-3)

Pursuant to Section 10.3.2(a) of the Research, Development, License and Commercialization Agreement between Ethicon, Inc. ("Ethicon") and ChemImage, Corporation ("CI") effective as of December 27, 2019 (the "Agreement"), Ethicon is hereby providing notice to CI via this letter of its intent to terminate the Agreement for cause for failure to achieve a Development Milestone, which constitutes a Material Breach. In particular, a final report provided on December 16, 2022, for a subset of the critical structures, veins, arteries, and bile ducts (collectively, "VAB") that are a part of Milestone 1B in the Agreement, is not evaluable. In fact, several errors and flaws in collecting and processing data were identified upon review of the final report. Specifically, uncertainty with respect to negative controls, use of omnipresent ignore labels, and data discrepancies between a preliminary report and the final report, amongst others have been identified. With respect to [...] was done contrary to the process proposed and agre[...] out review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

"The final report [...] is not evaluable."

PX-3 at 2

Case 1:24-cv-02024-JRR   Document 195   Filed 03/29/25   Page 53 of 84

# Ethicon Has Never Taken the Position That ChemImage Failed on the Metrics



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q.  Does it say, for example, that it didn't achieve 80 percent sensitivity or 80 percent specificity?

**A.  No.**

Q.  Am I right, sir, that there's no study or analysis or data that Ethicon ever delivered to ChemImage showing that the Project Erie study failed to meet these performance criteria at an 80 percent level for sensitivity or specificity?

**A.  No.**

Q.  No, meaning that no such report was ever delivered, true?

**A.  In terms of the 80/80?**

Q.  Yes.

**A.  No.**

Tr. 749:1-12 (Hansen)

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linkage Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02949-JMF    Document 195    Filed 03/29/25    Page 54 of 84

## Ethicon Has Never Taken the Position That ChemImage Failed on the Metrics



**Tamara Lanier**
*Director, Sales Excellence and Enablement, Ethicon & Project Erie JSC Member*

Q.    Yes or no to my question, Ms. Lanier. You do not say in this termination letter that my client, ChemImage, failed to meet the performance metrics, right?

THE COURT: Yes or no.

**A.    I do not say. So yes, I do not say. No, I do not say.  I'm sorry. I'm not trying to be difficult. I just don't know which one is the yes or the no. Can I restate the answer? No, I do not say those things.**

Q.    Would you like me to restate the question, your Honor?

THE COURT: No. I think they answered the question that those things are not stated in the letter; is that correct?

**THE WITNESS: That's correct.**

Tr. 575:5-575:17 (Lanier)

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02646-JMF   Document 195   Filed 03/29/25   Page 55 of 84

# If Ethicon Could Have Said That ChemImage Failed the Performance Metrics, It Would Have

**Dr. Steen Hansen**

*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*



| Structure | Obscuration | Sens | Spec |
|---|---|---|---|
| Artery | 0 (Unobscured) | 85.8±28.2 | 91.9± 8.0 |
| Artery 50 mm WD | >0 – 1 | 90.2±20.3 | 92.3± 4.7 |
|  | >1 – 2.5 | 70.0±30.6 | 91.5± 4.9 |
|  | >2.5 – 5 | 92.4±10.3 | 89.7±12.6 |
|  | >5 -7.5 | 48.3±21.3 | 96.1± 3.7 |
|  | >7.5 – 10 | - | - |
|  | >10 | - | - |
| Vein | 0 (Unobscured) | 94.1±17.4 | 90.2± 4.9 |
| 50 mm WD | >0 – 1 | 79.1±26.4 | 93.1± 3.9 |
|  | >1 – 2.5 | 90.0±17.7 | 88.7± 7.7 |
|  | >2.5 – 5 | 51.5±45.8 | 84.0± 2.1 |
|  | >5 -7.5 | 97.0± 1.7 | 89.2± 1.4 |
|  | >7.5 – 10 | - | - |
|  | >10 | - | - |
| Bile Duct | 0 (Unobscured) | 95.6± 8.9 | 86.7± 6.5 |
| 80 mm WD | >0 – 1 | - | - |
|  | >1 – 2.5 | 91.7± 7.3 | 91.9± 4.4 |
|  | >2.5 – 5 | 88.8±12.7 | 93.8± 5.0 |
|  | >5 -7.5 | - | - |
|  | >7.5 – 10 | - | - |
|  | >10 | - | - |

PX-768 at 13

Q. Okay. When you received this in December of 2022, you didn't immediately contact ChemImage and say, you failed to meet milestone 1B because some of the levels of obscuration didn't meet the 80 percent threshold, correct?

**A. Correct, we were doing a thorough review of the whole work.**

Q. Well, if in fact it were true that you believe they had to meet the 80 percent threshold for each level of obscuration, it would have been obvious to you from the face of this document that they didn't with respect to a couple categories, right?

**A. That was also what my team and I discussed in early January when we met after the Christmas holiday. […]**

Q. You didn't take the position in December, in January or even in your March termination letter that ChemImage had to meet the stratification -- it had to meet the 80 percent performance criteria for each individual layer of obscuration, correct?

**A. No. Because the problem was –**

Tr. 829:12-22; 830:5-10 (Hansen)

Case 1:24-cv-02646-JMB    Document 195    Filed 03/29/25    Page 56 of 84

## Whatever Data Ethicon Requested, ChemImage Provided



**Dr. Patrick Treado**
*Founder & President,
ChemImage
& JSC Member, Project Erie*

> **A. No. ChemImage would provide data to Ethicon whenever it was requested. And in providing data, the data would include the ignore labels, the annotated results. And so by providing data to the algorithm, the respective algorithm teams, including Kitware, we were providing indication of the prevalence of ignore labels because they were reflected in the data themselves.**
>
> Tr. 70:13-19 (Treado)



**Dr. Steen Hansen**
*Director, Advanced
Visualization Technologies,
Ethicon & Ethicon's Project
Erie Technical Lead*

> Q. Mr. Hansen, is there any data that you asked or your team asked ChemImage to provide that ChemImage didn't provide?
>
> **A. Can you elaborate the question.**
>
> Q. Can you answer my question. Do you recall any instance in 2022 where you ask ChemImage for data and they refused to provide it to you?
>
> **A. No.**
>
> Tr. 746:18-24 (Hansen)

# ChemImage Worked Daily And Transparently With Ethicon



06/30/22 Weekly Erie PM
Meeting Presentation (PX-704)

PX-704 at 14

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Limited Use Scenarios | Tortious Interference | IP Impairment Damages |

## ChemImage Worked Daily And Transparently With Ethicon



06/30/22 Weekly Erie PM
Meeting Presentation (PX-704)

PX-704 at 15

Case 1:24-cv-02364-JMC  Document 195  Filed 03/29/25  Page 59 of 84

## ChemImage Worked Daily And Transparently With Ethicon



06/30/22 Weekly Erie PM
Meeting Presentation (PX-704)

PX-704 at 16

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02096-JMF    Document 195    Filed 03/29/25    Page 60 of 84

# Ethicon Had Ample Time to Review the Data



## CS VAB Q3 Interim Report: Video Review
### Instructions

1.  Locate the excel document for entering your reviews and save a local version. *Do not save them to the document on Sharepoint.*
    –   Sharepoint link Excel: VideoReviewRanking_Q3Report_ReviewerDoc_Rev1.xlsx
2.  Review each video and provide a ranking for all targets in the scene.
    –   Combinations: Bile duct & cystic artery, vein & artery, vein only, artery only, bile duct only
    –   Note: Target only videos may contain the counterpart target, but they could not be resolved confidently by the ground truth team or surgeons and are ignored.
3.  Return populated excel document to CI and Cambridge for independent compilation of results and de-identifying reviewer names by Oct 14, 2022.
    –   CI: Alyssa Zrimsek zrimseka@chemimage.com
    –   Cambridge: Sylvain Jamais sylvain.jamais@cambridgeconsultants.com
    –   CI will prepare a readout of the aggregated video review results for the PMM on Oct 20th if all of the reviews have been submitted by the deadline.

PX-867 (Q3 VAB Interim Report: Video Review)

PX-867 at 6

Case 1:24-cv-02804-JMF   Document 195   Filed 03/29/25   Page 61 of 84

# Ethicon's Erie Technical Team Understood the Purpose and Application of Ignore Labels



**Murat Aksoy**
*Principal Algorithms Engineer, Ethicon*





**Joe Corrigan**



**Rishi Jobanputra**      **Rupert Thomas**



October 5, 2022 Weekly Cambridge Algorithm Analysis Meeting (PX-378) at 19:24-22:36

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02044-UNA Document 195 Filed 03/29/25 Page 62 of 84

# Ethicon's Erie Technical Team Understood the Purpose and Application of Ignore Labels



**Murat Aksoy**
*Principal Algorithms Engineer, Ethicon*





**Joe Corrigan**



**Rishi Jobanputra**       **Rupert Thomas**



October 5, 2022 Weekly Cambridge Algorithm Analysis Meeting (PX-378) at 26:01-27:02

JSC Milestone Determination  Scope of the Termination Letter  **Ethicon Failed to Prove Breach**  Linkage Scenarios  Tortious Interference  IP Impairment Damages

Case 1:24-cv-02802-JMF   Document 195   Filed 03/29/25   Page 63 of 84

## CS VAB Q3 Interim Report Video Review That Ethicon Participated in Shows Application of Ignore Labels

| Slide # | Target | Reviewer Notes |
|---------|--------|----------------|
| 26 | Bile Duct | Wonderful, some inconsistency along hepatic but it is obscured |

PX-429



PX-867 at p. 27 of 115 (slide 26)



PX-867 at p. 27 of 115 (slide 26)

JSC Milestone Determination | Scope of the Termination Letter | **Ethicon Failed to Prove Breach** | Litigation Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02201-UNA   Document 195   Filed 03/29/25   Page 64 of 84

## CS VAB Q3 Interim Report Video Review That Ethicon Participated in Shows Application of Ignore Labels

| Slide # | Target | Reviewer Notes |
|---------|--------|----------------|
| 114 | Artery | None-great way to finish |

PX-429



PX-867 at p. 115 of 115 (slide 114)



PX-867 at p. 115 of 115 (slide 114)

Case 1:24-cv-02849-JMF    Document 195    Filed 03/29/25    Page 65 of 84

# Ethicon Never Analyzed or Even Looked at the Underlying Data for the VAB Report



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q.   And the reference is EL5_04_5055, for example, those are references to particular run files that you could go and check for yourself, right?

A.   **I don't know. I never went into the actual data, but I would assume so, yes.**

Tr. 756:3-7 (Hansen)

**With respect to the data underlying the final VAB Report:**

Q.   Okay. Did you go back and review the 800 run files yourself?

A.   **No.**

Q.   Okay. You had the opportunity to do that, did you not?

A.   **I don't know. I didn't go into those data.**

Tr. 826:1-5 (Hansen)

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02848-JMF Document 195 Filed 03/29/25 Page 66 of 84

## Ethicon Has No Data to Backup Its Position



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q. As of January 26, you didn't tell ChemImage that you thought that the VAB final report was unevaluable, right?

**A. No, not at that time. No.**

Trial Tr. at 811:6-8 (Hansen)

Q. Okay. There is nothing that you gave to ChemImage, nothing that you provided that we can see in the court in this case that describes what data analysis or evaluation you did to reach the conclusion that the VAB final report was not evaluable, true?

**A. Yes.**

Trial Tr. at 814:8-13 (Hansen)

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages |

# Dr. Hansen's Termination Memo Is Cloaked in Privilege

| Privilege Document Numb | Date Sent | Date Last Modified | Parent Date | Custodians | Document Type | Author/From | Last Author | Recipients | CC | BCC | Thread Participant | Additional Attorney | Privilege Claim | Privilege Descriptio |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PL000000470 | 1/26/23 | | 1/26/23 | Hansen, Steen | Email | Steen Hansen | | Hilary Reinhardt* | | | Hilary Reinhardt*; Richard Gooding; Steen Hansen; Tamara Lanier; Trey Rees* | Trey Rees*;Hilary Reinhardt* | Attorney Client | Email thread providing information requested by counsel and necessary for counsel to render legal advice regarding contract matters. |
| PL000000471 | | 1/26/23 | 1/26/23 | Hansen, Steen | Document | Steen Hansen | Steen Hansen | | | | | Trey Rees*;Hilary Reinhardt* | Attorney Client | Summary reflecting counsel's legal advice regarding contract matters. |







PX-790 (Defendants' Amendment Privilege Log) at PL000000470, PL000000471

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linkage Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02646-JMF   Document 195   Filed 03/29/25   Page 68 of 84

# Ethicon's Timeline Reveals the Absence of Any Good Faith Analysis of M1B VAB Data



JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02529-JMB   Document 195   Filed 03/29/25   Page 69 of 84

## By January 2023, Ethicon Already Planned to Internalize Erie



Ethicon Uncovers Fatal Flaws in ChemImage's Data

**Jan. 5, 2023**
Erie Planning: "fully internalize the Erie feasibility."

**Jan. 19, 2023: TIPPING POINT**
First round of Q&A: CI discloses target-specific ignore labels in 95% of scenes and unsanctioned use of target-specific ignores. *DX 397A*

**Jan. 2-6, 2023**
Final VAB report raises initial concerns regarding low sample size, uncertain negative controls, and discrepancies from draft.

**Jan. 9, 2023**
CI fails metrics validation and Ethicon notifies CI. *DX 372*

**Jan. 17, 2023**
After internal discussion, CI refuses Ethicon request to include these issues for discussion at the JSC. Following JSC meeting, the technical leaders meet to discuss next steps. *DX 442; DX 466; DX 813*

**Jan. 25, 2023**
Second round of Q&A: CI further elaborates on improper data practices. *DX 397A*

**Dec. 16, 2022**
CI submits final VAB report. *DX 7A*
Ethicon team begins initial review.

**Jan. 6, 2023**
CI provides data for metrics validation. *DX 372*

**Jan. 12-13, 2023**
Ethicon meets with CI to discuss failed metrics validation. CI discloses software bug relating to ignore labels. As a result, Ethicon pauses VAB evaluation. *DX 372*

**Jan. 19-26, 2023**
Dr. Hansen concludes the final VAB report is unevaluable and updates Ethicon JSC members.

**Jan. 26, 2023**
Dr. Hansen provides memo to in-house counsel. *PX 790*

Dec. 2022 | Jan. 2023

**Dr. Hansen regularly updates Ethicon JSC members and in-house counsel on technical due diligence.**

DDX 68-2

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02949-JMF   Document 195   Filed 03/29/25   Page 70 of 84

# Each of the Three Bases From the Termination Letter Fails

[1] "uncertainty with respect to negative controls,"

[2] "use of omnipresent ignore labels,"

[3] "data discrepancies between a preliminary report and the final report"

**ETHICON**
PART OF Johnson & Johnson FAMILY OF COMPANIES

Ethicon, Inc.
a Johnson & Johnson company
U.S. Route 22 West
Somerville, NJ 08876

March 6, 2023

ChemImage Corporation
7325 Penn Avenue, Suite 200
Pittsburgh, PA 15208

ATTN: Matthew Nelson, Chief Technology Officer, and Chief Operating Officer

Re: RESEARCH, DEVELOPMENT, LICENSE AND COMMERCIALIZATION AGREEMENT

Dear Matthew and Chief Operating Officer:

Pursuant to Section 10.3.2(a) of the Research, Development, License and Commercialization Agreement between Ethicon, Inc. ("Ethicon") and ChemImage, Corporation ("CI") effective as of December 27, 2019 (the "Agreement"), Ethicon is hereby providing notice to CI via this letter of its intent to terminate the Agreement for cause for failure to achieve a Development Milestone, which constitutes a Material Breach. In particular, a final report provided on December 16, 2022, for a subset of the critical structures, veins, arteries, and bile ducts (collectively, "VAB") that are a part of Milestone 1B in the Agreement, is not evaluable. In fact, several errors and flaws in collecting and processing data were identified upon review of the final report. Specifically, uncertainty with respect to negative controls, use of omnipresent ignore labels, and data discrepancies between a preliminary report and the final report are identified. With respect to ignore labels, the process of using such labels was done contrary to the process proposed and agreed upon in data review board meetings and without review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

Ethicon previously communicated its concerns with the collecting and data processing practices used by CI for Milestone 1A in JSC Meeting 10 which was documented in writing by the parties in the JSC Meeting 10 Minutes, on October 30, 2020. In that meeting and as documented in those minutes, Ethicon emphasized that such practices needed to be addressed for Milestone 1B; however, as outlined, errors due to such practices still exist in the final report for VAB. These errors are systematic and cannot be remedied by simply re-running the data and re-generating another report; rather, previously completed labs, data collection, and annotation processes would need to be reworked and repeated. Additionally, on June 20, 2022, Ethicon and CI met during which Ethicon indicated to CI that the program would be at high risk of cancellation if the program

Confidential

CONFIDENTIAL                    DEP_00722788
PX-3                    Page 2 of 3

Pursuant to Section 10.3.2(a) of the Research, Development, License and Commercialization Agreement between Ethicon, Inc. ... and ChemImage, Corporation ("CI") effective as of December 27, 2019 (the "Agreement"), Ethicon is hereby providing notice to CI via this letter of its intent to terminate the Agreement for cause for failure to achieve a Development Milestone, which constitutes a Material Breach ... for a subset of the critical structures, veins, arteries, and bile ducts (collectively, "VAB") that are a part of Milestone 1B in the Agreement, is not evaluable. In fact, several errors and flaws in collecting and processing data were identified upon review of the final report. Specifically, uncertainty with respect to negative controls, use of omnipresent ignore labels, and data discrepancies between a preliminary report and the final report, amongst others have been identified. With respect to ignore labels, the process of using such labels was done contrary to the process proposed and agreed upon in data review board meetings and without review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

3/6/23 Termination Letter (PX-3)

PX-3 at 2

70

JSC Milestone Determination | Scope of the Termination Letter | **Ethicon Failed to Prove Breach** | Linkage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02356-JMC   Document 195   Filed 03/28/25   Page 71 of 84

## Ethicon's Concerns About Negative Controls and Data Discrepancies Are Trivial



3/6/23 Termination Letter (PX-3)

[1] "uncertainty with respect to negative controls,"

[3] "data discrepancies between a preliminary report and the final report"

Agree...
Dece...
its intent to terminate the Agreement for cause for failure to achieve a Development Milestone, which constitutes a Material ...
for a subset of the critical stru...
part of Milestone 1B in the ...
collecting and processing da...
uncertainty with respect to ...
discrepancies between a preliminary report and the final report, amongst others have been identified. With respect to ignore labels, the process of using such labels was done contrary to the process proposed and agreed upon in data review board meetings and without review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

PX-3 at 2

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linking Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02014-JMF Document 195    Filed 03/29/25    Page 72 of 84

# ChemImage's Technology May Have Been Outperforming Surgeons in Negative Control Scenes



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q.  And you give an example in reviewing the final VAB report: "One particular glaring example of this was a purported artery negative control scene that contained a strong detection - without a corresponding ground truth annotation."  Do you see that?

A.  **Yes.**

Q.  And when you say a strong detection, what you are referring to is the detection that was made by the project Erie technology, right?

A.  **Yes.**

Q.  Okay. So the spectroscopy plus the AI detected something in the scene -- in a scene where the surgeons didn't identify a critical structure, correct?

A.  **That was how it looked, yes.**

Tr. 752:4-17 (Hansen)

JSC Milestone Determination | Scope of the Termination Letter | **Ethicon Failed to Prove Breach** | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02858-JMF   Document 195   Filed 03/29/25   Page 73 of 84

# Ethicon Never Looked at the Negative Control Scenes It Terminated the Agreement Over



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q.  In slide 61 [of the VAB Final Report], it indicates that of the total of 1071 run files, 168 were designated as negative controls ... did you check the issues, the issues that you found with negative controls that appear to have structures in them?  Did you check how pervasive that was across the 168 negative controls that ChemImage designated?

**A.  We didn't have access to that data, that was up to ChemImage to provide that to us.**

Q.  Did you request all of those negative controls so you could analyze them?

**A.  No.**

Hansen Dep. Tr. 121:20-122:15



**Dr. Ricardo Estape**
*Defendants' Clinical Expert*

Q.  ... [Y]our opinion is that the negative control scenes that ChemImage used actually did include the structures that were supposed to be detected by the technology; correct?

**A.  Correct. ...**

Q.  How many of the negative control scenes [in the VAB Final Report] have those structures present?

**A.  ... I don't remember an exact number at this time.**

. . .

Q.  ... And you didn't identify more than one example [of false positives in a negative control area] in your report either; correct?

**A.  I showed one example.**

Estape Dep. Tr. 364:1-365:24

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02845-JMF    Document 195    Filed 03/29/25    Page 74 of 84

# Ethicon Identified <u>One</u> "Data Discrepancy" Between the VAB Interim and Final Report



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q.  The only discrepancy that you actually identify is change to a single slide. Isn't that right?

**A.  Yes, that's how I remember it.**

Tr. 750:11-13 (Hansen)

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages |

Case 1:24-cv-02899-JMF   Document 195   Filed 03/29/25   Page 75 of 84

## "Negative Control" and "Data Discrepancy" Claims Fail Under VAB Criteria

### Erie Program CS M1B VAB Acceptance Protocol Reflecting VAB Performance Requirements (2-Dec-2022)

Detection Performance Metrics

- Characterize

- Negative Control Scenes: Show additional 10% (of total demonstrated N) to detection scenes (e.g., Bile Duct in Neck scene)

VAB Final Report (PX-768) at 17

## CS VAB Final Report
### Summary of Negative Controls

| Target | Number of Files | Number of NC Files | Total Files | Percent NC |
|---|---|---|---|---|
| Artery | 729 | 24 | 753 | 3.2% |
| Vein | 633 | 54 | 687 | 7.9% |
| Bile Duct | 229 | 128 | 357 | 35.9% |
| All Targets | 1071 | 168 | 1239 | 13.6% |

VAB Final Report (PX-768) at 62

Case 1:24-cv-02848-JMF   Document 195   Filed 03/29/25   Page 76 of 84

# Ethicon's Complaints About Ignore Labels Fail Comprehensively



3/6/23 Termination Letter (PX-3)

Pursuant to Section 10.3.2(a) of the Research, Development, License and Commercialization Agreement between Ethicon, Inc. ("Ethicon") and ChemImage, Corporation ("CI") effective as of December 27, 2019 (the "Agreement"), Ethicon is hereby providing notice to CI via this letter of its intent to ~~terminate the Agreement for cause for failure to achieve a Development Milestone,~~ which con[2] **"use of omnipresent ignore labels,"** 2022, for a subse~~t of the critical structures, veins, arteries, and bile ducts (collectively, "VAB")~~ that are a part of Milestone 1B in the Agreement, is not available. In fact, several errors and flaws in collecting and processing data were identified upon review of the final report. Specifically, uncertainty with respect to negative controls, use of omnipresent ignore labels, and data discrepancies between a preliminary report and the final report, amongst others have been identified. With respect to ignore labels, the process of using such labels was done contrary to the process proposed and agreed upon in data review board meetings and without review by Ethicon. Further, pursuant to the Agreement, Ethicon had a third party review the final report and underlying data examples provided and the third party concluded that as a direct result of the implementation of ignore labels, there is a significant risk that the metrics are misleading indicators of performance and that the final report cannot be evaluated on the basis of these metrics.

PX-3 at 2

76

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02805-JMF    Document 195    Filed 03/29/25    Page 77 of 84

# Ethicon Agrees That There Is Uncertainty in Determining Ground Truth for Live Tissue



**Dr. Steen Hansen**
*Director, Advanced Visualization Technologies, Ethicon & Ethicon's Project Erie Technical Lead*

Q. Would you agree with me, Dr. Hansen, that obscured scenes also have uncertainty associated with them?

A. **Yes.**

Q. In fact, they can have more uncertainty because elements of the structures are obscured?

A. **Yes.**

Tr. 823:9-14 (Hansen)

| JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages |
|---|---|---|---|---|---|

Case 1:24-cv-02848-JMB   Document 195   Filed 03/29/25   Page 78 of 84

## Ethicon's Surgeons Encountered Uncertainty in the Surgical Suite



**Kevin Lewis**

*Principal Scientist for Preclinical Research, Ethicon & Manager of Preclinical R&D for Project Erie*

Q.   In this scene, is there uncertainty?

A.   **So you have obscured structures, which can have uncertainty.**

Tr. 948:17-19 (Lewis)

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Living Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF   Document 195   Filed 03/29/25   Page 79 of 84

# Everyone Agrees There Is Inherent Uncertainty in Labelling Live Tissue



**Dr. Adam Saltman**
*Chief Medical Officer, ChemImage*

Q.  Now, when looking at these scenes, is it possible for you to ever be 100 percent certain about every pixel in that scene?

A.  No, it's not. And particularly, as you can see, the scene moves from frame to frame, so there's always uncertainty. You try the best you can to reduce it as much as you can, but you're never going to get to 100 percent.

Tr. 217:19-217:24 (Saltman)

23.     Even with the help of ultrasound, however, in many cases it was not possible to be 100% certain of ground truth for an entire scene. For example, one cause of uncertainty is the fact that obscured critical structures in a living body, of course, do not remain at a constant depth, nor are they static in space. An artery may appear ("surface") briefly in a scene only to retreat under deeper layers of fat, tissue, or another structure such as the gall bladder. In this particular example, it would not be possible, even with the use of ultrasound, to see the exact contours of the artery as it undulates, particularly once it passes deeper into the body or behind another structure. In such cases where it was not possible to identify the exact contours of a critical structure with certainty, or where it was possible to establish ground truth only for part of a structure in the FOV, we would note our uncertainty for the data annotators, which means that just that part of the scene should be "ignored." This could result in a scene where most of the

PX-1019 (Saltman Aff.) ¶ 23

JSC Milestone Determination | Scope of the Termination Letter | Ethicon Failed to Prove Breach | Linking Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02806-JMF Document 195 Filed 03/29/25 Page 80 of 84

# The Parties' Process for Determining Ground Truth Was Comprehensive

**Conduct Erie Lab**

① Perform Surgery



PX-1002A at Slide 18

② Discuss Ground Truth



PX-1002A at Slide 64

③ Annotate



PX-214A at 74

Case 1:24-cv-02024-JMC Document 195 Filed 03/29/25 Page 81 of 84

## The Parties' Process for Determining Ground Truth Was Comprehensive



**Dr. Adam Saltman**
*Chief Medical Officer, ChemImage*

"In these later labs, ***the Ethicon surgical team, the ChemImage ground truth team, and I would discuss the annotations of a representative image of each run file. This narration was recorded. The Ethicon surgeons and I would then reach consensus on ground truth in each of those scenes, in real time***, rather than weeks after a lab. The discussion regarding this new, refined workflow took place during the lab itself and was memorialized in our EL4 LL meeting.  ***The reaction from both teams was overwhelmingly positive***; the Ethicon attendees—in particular the surgeons and veterinarians with whom I was performing the procedures—wholeheartedly supported my recommendation to resolve questionable ground truth in realtime."

PX-1019 (Saltman Aff.) ¶ 35

JSC Milestone Determination | Scope of the Termination Letter | **Ethicon Failed to Prove Breach** | Lung Usage Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02646-JMF Document 195 Filed 03/29/25 Page 82 of 84

## Defendants' Expert Supports Real-Time Ground Truth Determination



**Dr. Ricardo Estape**

*Defendants' Clinical Expert*

Q.   You would agree with me that ***determining the ground truth during the labs is more effective than doing so at a later time after the lab is complete***?

A.   ***Absolutely***. It's the only way.

Tr. 1009:24-1010:2 (Estape)

JSC Milestone Determination

Scope of the Termination Letter

Ethicon Failed to Prove Breach

Linking Scenarios

Tortious Interference

IP Impairment Damages

Case 1:24-cv-02848-JMF   Document 195   Filed 03/29/25   Page 83 of 84

# Uncertainty Makes It Impossible to Positively Identify Every Pixel in a Scene



**Joe Corrigan**
*Head of Technology for Cambridge Consultants' Intelligent Services and Healthcare Business*

Q.   Well, if there's ground truth uncertainty, it is not feasible to correctly annotate pixels where there's ground truth uncertainty. Do you agree with that, sir?

**A.   That's true.**

Tr. 901:24-902:2 (Corrigan)

JSC Milestone Determination | Scope of the Termination Letter | **Ethicon Failed to Prove Breach** | Liability Scenarios | Tortious Interference | IP Impairment Damages

Case 1:24-cv-02848-JMF   Document 195   Filed 03/29/25   Page 84 of 84

## A Data Collection Strategy Should Consider Both Quantity and Quality of Data



**Dr. Daniel Sodickson**
*Plaintiff's Expert*

Q.   So why can't surgeons or doctors use techniques that we've heard of in this case, like dissection and ultrasound; why can't they use that to get a perfect ground truth for a scene?

A.   **So I think there are two main reasons. One we heard talked about in some of the testimony yesterday that the body is moving as you're trying to assess it. So even if you can nail something with, say, an ultrasound, it might have moved in the next frame, or you might even be moving with it ultrasound transducer or with dissection or anything else. But I think an even greater question is that these other approaches for establishing ground truth generally take a fair amount of time and effort. And so, there's a point of diminishing returns. If you are spending all this time getting 5 percent better ground truth, you are missing out on entire new scenes which could bring in a whole lot more useful data and ultimately much more valuable to the project.**

Tr. 276:20-277:10 (Sodickson)