UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEMIMAGE CORPORATION,<br><br>                    Plaintiff,<br><br>-against-<br><br>JOHNSON & JOHNSON and ETHICON, INC.,<br><br>                    Defendants. | Case No.: 1:24-cv-2646 (JMF)<br><br>**NOTICE OF MOTION TO**<br>**WITHDRAW AS COUNSEL** |

      **PLEASE TAKE NOTICE**, that Allison Silber is leaving the firm of Quinn Emanuel Urquhart & Sullivan, LLP ("Quinn Emanuel") counsel for Plaintiff ChemImage Corporation, for a clerkship, effective June 3, 2025 and respectfully requests that this Court grant Plaintiff's motion for an Order (1) pursuant to Local Rule 1.4, granting Ms. Silber leave to withdraw as counsel for Plaintiff and (2) granting such other and further relief as the Court deems just and proper.

      Andrew J. Rossman, Alex Spiro, Courtney C. Whang, Ron Hagiz, James Bieber, and Jack Furness, all with Quinn Emanuel, shall remain counsel of record for Plaintiff.  As such, granting the relief requested herein shall not delay any deadlines in or the disposition of this matter.  A proposed Order granting Ms. Silber leave to withdraw is submitted herewith.

                                                                                    Respectfully submitted,

| | |
|---|---|
| DATED:  June 3, 2025 | /s/ *Courtney C. Whang* |
| | Andrew J. Rossman<br>Alex Spiro<br>Courtney C. Whang<br>Ron Hagiz |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 5th Avenue<br>New York, New York 10016<br>(212) 849 7000 |
| | James Bieber (admitted *pro hac vice*) |
| | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443 3000 |
| | *Attorneys for Plaintiff* |