UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
CHEMIMAGE CORPORATION,                                            :
:
Plaintiff,                                       :
:         24-CV-2646 (JMF)
-v-                                                :
:              ORDER
:
JOHNSON & JOHNSON et al.,                                         :
:
Defendants.                                      :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The motion of Defendant Ethicon, Inc. ("Ethicon") for approval of its supersedeas bond and extension of the stay on execution of the Court's July 15, 2025 monetary judgment is hereby GRANTED as unopposed. Accordingly, execution on the judgment as well as any proceedings to enforce it are STAYED. (To be clear, the stay does not apply to Plaintiff ChemImage Corporation's pending motion for attorneys' fees. *See* ECF No. 210.) The stay shall remain in effect until **fourteen days after the Court of Appeals resolves the appeal in this case.**

      The Clerk of Court is directed to terminate ECF No. 237.

      SO ORDERED.

Dated: August 14, 2025
       New York, New York

                                                JESSE M. FURMAN
                                        United States District Judge